UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GRADUATION SOLUTIONS LLC )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ACADIMA, LLC AND ALEXANDER )<br>LOUKAIDES )<br>)<br>Defendant. ) | CASE NO. 3:17CV01342 (VLB)<br><br><br><br><br>JULY 9, 2017 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Graduation Solutions LLC declares that it has no parent corporation and no publicly traded corporation currently owns 10% or more of its membership interests.

        THE PLAINTIFF,
        GRADUATION SOLUTIONS LLC


By:   /s/ Nathaniel J. Gentile
        Monte E. Frank (ct13666)
        Nathaniel J. Gentile (ct28860)
        Pullman & Comley, LLC
        850 Main Street, P.O. Box 7006
        Bridgeport, CT  06601-7006
        T:  (203) 330-2240
        F:  (203) 576-8888
        mfrank@pullcom.com
        ngentile@pullcom.com

OF COUNSEL:

Jonathan B. Nelson (*pro hac vice* motion forthcoming)
Scott Locke, Esq (*pro hac vice* motion forthcoming)
Laura-Michelle Horgan (*pro hac vice* motion forthcoming)
Dorf & Nelson, LLP
555 Theodore Fremd Avenue
Rye, NY 10580
T: (914) 381-7600
F: (914) 381-7608
jnelson@dorflaw.com
slocke@dorflaw.com
lhorgan@dorflaw.com

## CERTIFICATE OF SERVICE

I certify that on July 9, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Defendants will be served a copy of the foregoing when they are served with the Summons and Complaint.

/s/ Nathaniel J. Gentile
Nathaniel J. Gentile (ct28860)