UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
GRADUATION SOLUTIONS LLC,

INDEX NUMBER: 3:17-CV-01342-VLB

vs

*Plaintiff*

ACADIMA, LLC, ET AL.,

*Defendant*

## AFFIDAVIT OF SERVICE

State of Texas }
County of Travis } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of Texas.

That on 08/23/2017 at 2:24 PM at 9900 Spectrum Drive, Austin, TX 78717

deponent served **Summons in a Civil Action; Complaint with Exhibits A-B; Corporate Disclosure Statement; Order on Pretrial Deadlines; Electronic Filing Order; Standing Protective Order; Chambers Practices District Judge Vanessa L. Bryant District of Connecticut; Notice to Counsel and Pro Se Parties; and Report on the Filing or Determination of an Action or Appeal Regarding a Copyright with copy of Complaint**

on **Acadima, LLC**, a Texas limited liability company, c/o United States Corporation Agents, Inc., Registered Agent,

by delivering thereat a true copy of each to **Michael Falgoust (Authorized Agent)** personally.

Description of Person Served:
Gender : Male
Skin : White
Hair : Black
Age : 22 - 35 Yrs.
Height ; 6' 0"
Weight :161-200 Lbs.

Sworn to before me this
24th day of August, 2017

NOTARY PUBLIC
NICOLE M. HYBNER
My Notary ID # 129086987
Expires August 9, 2020

Emmanuel F. Morales

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279
New York City Dept. of Consumer Affairs License No. 0761160