UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Graduation Solutions LLC, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>Acadima, LLC and Alexander )<br>Loukaides, )<br>)<br>Defendants. ) | No. 17 Civ. 01342 (VLB) |

**APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of the Defendants, Acadima, LLC and Alexander Loukaides.

Dated: September 29, 2017

/s/ Kathryn R. Sylvester
Kathryn R. Sylvester
L.O. of Kathryn R. Sylvester, L.L.C.
P.O. Box 5076
Woodbridge, CT 06525
Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2017, a copy of the foregoing corporate disclosure statement was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of this Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ Kathryn R. Sylvester
Kathryn R. Sylvester
