UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GRADUATION SOLUTIONS LLC ) | CASE NO. 3:17CV01342 (VLB) |
| Plaintiff, ) | |
| vs. ) | |
| ACADIMA, LLC AND ALEXANDER LOUKAIDES ) | OCTOBER 23, 2017 |
| Defendant. ) | |

## CONSENT MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Civil Rules, Graduation Solutions LLC respectfully requests a five-day extension of time to and including October 27, 2017 to respond to the defendants' motion to dismiss. The plaintiff requires the additional time to finalize its responsive pleading. The current deadline to respond to the defendants' motion is October 23, 2017, and this is the plaintiff's first motion for extension of time.

Counsel for the defendants consents to the extension of time requested herein.

THE PLAINTIFF,
GRADUATION SOLUTIONS LLC

By: /s/ Monte E. Frank

    Monte E. Frank (ct13666)
    Nathaniel J. Gentile (ct28860)
    Pullman & Comley, LLC
    850 Main Street, P.O. Box 7006
    Bridgeport, CT  06601-7006
    T:  (203) 330-2240
    F:  (203) 576-8888
    mfrank@pullcom.com
    ngentile@pullcom.com

    OF COUNSEL:
    Jonathan B. Nelson (*pro hac vice* motion forthcoming)
    Scott Locke, Esq (*pro hac vice* motion forthcoming)
    Laura-Michelle Horgan (*pro hac vice* motion forthcoming)
    Dorf & Nelson, LLP
    555 Theodore Fremd Avenue
    Rye, NY 10580
    T: (914) 381-7600
    F: (914) 381-7608
    jnelson@dorflaw.com
    slocke@dorflaw.com
    lhorgan@dorflaw.com

## CERTIFICATE OF SERVICE

    I certify that on October 23, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Defendants will be served a copy of the foregoing when they are served with the Summons and Complaint.

    /s/ Monte E. Frank
    Monte E. Frank (ct13666)