# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| Graduation Solutions LLC, )<br> )<br>Plaintiff )<br> )<br>v. )<br> )<br>Acadima, LLC and Alexander )<br>Loukaides, )<br> )<br>Defendants. )<br>_____ ) | No. 17 Civ. 01342 (VLB) |

**MOTION TO DISMISS FOR**
**LACK OF PERSONAL JURISDICTION OVER DEFENDANTS**

Pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, Defendants Acadima, LLC and Alexander Loukaides hereby move to dismiss the complaint against them for lack of personal jurisdiction and the reasons stated in the accompanying memorandum of law.

Dated: November 15, 2017

/s/ Kathryn R. Sylvester
Kathryn R. Sylvester
L.O. of Kathryn R. Sylvester, L.L.C.
P.O. Box 5076
Woodbridge, CT 06525
Counsel for Defendants

Brian Lehman
Lehman LG LLC
244 5th Ave., Suite B258
New York, New York 10001
Admission as Visiting Attorney
in Progress

## **CERTIFICATE OF SERVICE**

     I hereby certify that on November 15, 2017, a copy of the foregoing corporate disclosure statement was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of this Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ **Kathryn R. Sylvester**
Kathryn R. Sylvester
