UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Graduation Solutions LLC,<br><br>    Plaintiff<br><br>v.<br><br>Acadima, LLC and Alexander Loukaides,<br><br>    Defendants. | No. 17 Civ. 01342 (VLB) |

**NOTICE OF BANKRUPTCY**

COMES NOW the Defendant, Acadima LLC, through its undersigned attorney, and would show the Court:

1.  Acadima LLC has filed a petition for relief under Title 11, United States Code, in the United States Bankruptcy Court for the Northern District of Texas, which bears the case number 17-17-34346.

2.  Relief was ordered on November 20, 2017.

3.  This action is founded on a claim from which a discharge would be a release or that seeks to impose a charge on the property of the estate.

**WHEREFORE**, Defendants suggests that this action has been stayed by the operation of 11 U.S.C. § 362.

Dated: November 20, 2017

/s/ Kathryn R. Sylvester<br>Kathryn R. Sylvester

1

L.O. of Kathryn R. Sylvester, L.L.C.<br>
P.O. Box 5076<br>
Woodbridge, CT 06525<br>
Counsel for Defendants<br>
<br>
Brian Lehman<br>
Lehman LG LLC<br>
244 5th Ave., Suite B258<br>
New York, New York 10001<br>
Admission as Visiting Attorney<br>
in Progress

3

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2017, a copy of the foregoing corporate disclosure statement was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of this Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ Kathryn R. Sylvester<br>
Kathryn R. Sylvester