# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Graduation Solutions LLC,<br><br>Plaintiff<br><br>v.<br><br>Acadima, LLC and Alexander Loukaides,<br><br>Defendants. | No. 17 Civ. 01342 (VLB) |

### STIPULATION

The undersigned counsel, representing Defendants Acadima, LLC and Alexander Loukaides, stipulates on their behalf that responsive papers to the complaint filed on August 9, 2017 (Dkt. 1) will be filed on or by Friday, September 29, 2017. Defendants also stipulate that they have previously been served or waived any service of the complaint.

Date:   September 25, 2017

*Brian Lehman*
—————————————
Brian Lehman
Lehman LG LLC
244 5th Ave., Suite B258
New York, New York 10001
brian@lehmanlawgroup.com
724-453-4626