# EXHIBIT D

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GRADUATION SOLUTIONS, LLC,<br><br>      Plaintiffs,<br>v.<br><br>ACADIMA, LLC AND ALEXANDER<br>LOUKAIDES,<br><br>      Defendants. | Civil Action No. 3:17-CV-01342 (VLB)<br><br>NOVEMBER 20, 2017 |

**GRADUATION SOLUTIONS LLC's
FIRST SET OF INTERROGATORIES AND REQUESTS
FOR PRODUCTION DIRECTED TO ACADIMA, LLC AND ANDREW LOUKAIDS**

Pursuant to Federal Rules of Civil Procedure 33 and 34, Graduation Solutions LLC ("Graduation") hereby serves upon Acadima, LLC and Andrew Loukaids, Graduation's first set of interrogatories and requests of production. Responses to the foregoing must be served thirty (30) days after service upon: Pullman & Comley, LLC, Attn: Richard C. Robinson, 90 State House Square, Hartford, Connecticut 06103.

**INSTRUCTIONS AND DEFINITIONS**

1. Graduation incorporates by reference the definitions set forth in D. Conn. L. R. 26(c). Without limiting the foregoing, Graduation supplies the following additional definitions:

- The term "Relevant Time Period" means January 1, 2005 to the present.

- "Defendants' Websites" to mean all websites owned or operated by Acadima, LLC and/or Alexander Loukaides including, but not limited to:

    (i) https://Acadima.com (the "Acadima Website");

    (ii) https://gradshop.com (the "GradShop Website");

  (iii) www.graduationcapandgown.com (the "Graduation Cap and Gown Website");

  (iv) www.graduationapparel.com (the "Graduation Apparel Website");

  (v) www.churchgoers.com (the "Churchgoers Website"); and

  (vi) www.churchings.com ("the Churchings Website").

## INTERROGATORIES

Pursuant to Federal Rule of Civil Procedure 33, you are requested to answer the following interrogatories separately and under oath:

1. Identify the person or persons answering these Interrogatories.

**ANSWER:**

2. Identify all websites owned or operated by Defendants for the promotion, marketing or sale of graduation products.

**ANSWER:**

3. Identify all states and territories to which Defendants ship products purchased on Defendants' Websites.

**ANSWER:**

4. State whether Defendants and/or Defendants's Websites have sold any products to any person or entity in Connecticut.

**ANSWER:**

5. State whether Defendants and/or Defendants' Websites have earned any revenue from any sales in Connecticut.

**ANSWER:**

6. Identify any and all schools located in Connecticut with which Defendants have had any contact regarding the promotion, marketing or sale of graduation products.

ANSWER:

7. Identify any and all persons with knowledge of any sales by Defendants in Connecticut.

ANSWER:

8. Identify any and all persons or entities used by Defendants to design, maintain and/or update any of Defendants' Websites.

ANSWER:

9. Identify any and all persons with knowledge of Defendants' marketing and promotional strategies.

ANSWER:

10. Identify all systems used and/or records kept by Defendants to track sales generated by Defendants' Websites.

ANSWER:

11. Describe the method by which Defendants ship merchandise to customers.

ANSWER:

12. Identify any logistics systems or third party logistics company used to ship product to Defendants' customers.

ANSWER:

13. Identify all addresses used by the Defendants and/or Defendants' Websites for conducting Defendants' business.

ANSWER:

## REQUESTS FOR PRODUCTION

Pursuant to Fed. R. Civ. P., you are requested to produce the following documents:

1) All documents relating to any orders placed by any person or entity located in Connecticut with any of Defendants' Websites.

**RESPONSE:**

2) All documents concerning any shipments made by or on behalf of Defendants' Websites to any person or entity in Connecticut.

**RESPONSE:**

3) All documents concerning any invoices issued by or on behalf of Defendants' Websites to any person or entity in Connecticut.

**RESPONSE:**

4) All documents concerning any revenue generated by any of the Defendants' Websites in Connecticut.

**RESPONSE:**

5) All documents reflecting or concerning contacts between any representative, employee or other agent of Defendants with any person or entity in Connecticut.

**RESPONSE:**

6) All documents concerning any promotional materials sent by or on behalf of Defendants' Websites to any person or entity in Connecticut including, but not limited to, product samples, planning kits, graduation e-books and any other information regarding merchandise offered for sale by Defendants on Defendants' Websites.

**RESPONSE:**

7) All documents concerning any employees including, but not limited to, sales representatives who have performed any work on behalf of Defendants in Connecticut.

**RESPONSE:**

8) All documents concerning reports regarding any sales or marketing efforts made by or on behalf of Defendants in Connecticut.

**RESPONSE:**

9) All documents concerning any filings by or on behalf of Defendants with the State of Connecticut including, but not limited to, tax filings at any time.

**RESPONSE:**

10) All documents concerning any customers of Defendants' Websites located in Connecticut.

**RESPONSE:**

11) All documents concerning any requests for products made by persons in Connecticut including, but not limited to, in the cities of Bridgeport, New Haven, Hartford, Stamford and/or Waterbury.

**RESPONSE:**

12) All records concerning any facsimile communications sent by Defendants to any person or entity in Connecticut.

**RESPONSE:**

13) All records concerning any telephone communications between Defendants and any person or entity in Connecticut.

**RESPONSE:**

14) All records concerning any advertisements created by or on behalf of Defendants which were sent to any person or entity in Connecticut by any means including, but not limited to, by facsimile or regular mail.

**RESPONSE:**

15) All records concerning any advertisements created by or on behalf of Defendants which were published in Connecticut.

**RESPONSE:**

16) Sales records for products sold by Defendants to customers in Connecticut in the past three years including, but not limited to, the names and locations of customers to whom products were sold and revenue generated by such sales.

**RESPONSE:**

17) All communications between Loukaides and Matthew Gordon.

**RESPONSE:**

18) All communications between Loukaides and Kristoff Albanese.

**RESPONSE:**

19) All communications between Plaintiff and Defendants.

**RESPONSE:**

                        Respectfully Submitted,

                        /s/ Monte E. Frank
                        Monte E. Frank (ct13666)
                        Nathaniel J. Gentile (ct28860)
                        Pullman & Comley LLC
                        850 Main Street, P.O. Box 7006
                        Bridgeport, CT 06601-7006
                        T: (203)330-2240
                        F: (203) 576-8888
                        mfrank@pullcom.com
                        ngentile@pullcom.com

                        *Attorneys for Graduation Solutions, LLC*

## CERTIFICATION

    I hereby certify that on November 20, 2017, a copy of the foregoing was served electronically and by mail to counsel for Acadima, LLC and Alexander Loukaides:

Kathryn Rose Sylvester
Law Offices of Kathryn R. Sylvester, L.L.C.
P.O. Box 5076
Woodbridge, CT 06525
(203) 516-8146
Fax: (475) 655-2139
Email: KSylvester1@hotmail.com

                        /s/ *Monte E. Frank*
                        Monte E. Frank (ct13666)