UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GRADUATION SOLUTIONS LLC,<br>    Plaintiff,<br><br>v.<br><br>ACADIMA, LLC; ALEXANDER LOUKAIDES;<br>    Defendants. | No. 3:17-CV-01342 (VLB)<br><br>January 3, 2018 |

## RULING AND ORDER

The Court has reviewed the parties' briefing on the request for a stay and dismissal for lack of personal jurisdiction. The Court hereby STAYS the action as to Acadima LLC pursuant to 11 U.S.C. § 362(a) and upon consent by the parties.

The Court finds that Defendant Loukaides has failed to allege facts or provide evidence indicating "a claim against the non-debtor will have an immediate adverse economic consequence for the debtor's estate." *Queenie, Ltd. v. Nygard Int'l*, 321 F.3d 282, 287 (2d Cir. 2003); *see Franco v. Ideal Mortg. Bankers, Ltd.*, No. 07-CV-3956(JS)(AKT), slip op. at 2 (E.D.N.Y. Nov. 9, 2017); *see also Pavers & Road Builders Dist. Council Welfare Fund v. Core Contracting of N.Y., LLC*, 536 B.R. 48 (Bankr. E.D.N.Y. 2015); *Shaoxing Bon Textiles Co., Ltd. v. 4-U Performance Grp. LLC*, No. 16 Civ. 6805 (JSR), slip op. at 9 (S.D.N.Y. Nov. 22, 2017). Therefore, a stay is not appropriate for Defendant Loukaides at this juncture.

Nonetheless, the Court also finds that Plaintiff's Amended Complaint presently fails to allege facts sufficient to establish liability based on an alter ego theory. *See Sovereign Bank v. ACG II, LLC*, No. 08cv1600 (WWE), 2010 WL 363336,

1

at *5 (D. Conn. Jan. 25, 2010) (quoting *Weber v. U.S. Sterling Sec., Inc.*, 282 Conn. 722, 823 (2007) (stating the district court is to apply the law where the limited liability company is incorporated when evaluating veil-piercing theory); *Mancorp, Inc. v. Culpepper*, 802 S.W.2d 226, 228 (1990); *Ogbonna v. USPLabs, LLC*, No. EP-13-CV-347-KC, 2014 WL 2592097, at *7-8 (W.D. Tex. June 10, 2014).

The Court therefore orders Plaintiff to file a Second Amended Complaint on or before January 18, 2018, alleging facts sufficient to establish Defendant Loukaides's liability based on alter ego theory under Texas state law.  Defendant may then refile a Motion to Dismiss on or before February 1, 2018, addressing personal jurisdiction as well as whether the automatic stay extends to Defendant Loukaides.

        IT IS SO ORDERED.

        _____/s/_____

        Hon. Vanessa L. Bryant
        United States District Judge

Dated at Hartford, Connecticut: January 3, 2018