## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **GRADUATION SOLUTIONS LLC** ) | **CASE NO. 3:17CV01342 (VLB)** |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | |
| ) | |
| **ACADIMA, LLC AND ALEXANDER** ) | |
| **LOUKAIDES** ) | **JANUARY 18, 2018** |
| ) | |
| **Defendant.** | |

## <u>MOTION FOR EXTENSION OF TIME</u>

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Civil Rules, Graduation Solutions LLC respectfully requests a thirty-day extension of time to and including February 19, 2018 to file a Second Amended Complaint.

On January 3, 2018, the Court issued a ruling which, in part, held that plaintiff had not alleged facts sufficient to establish liability on an alter ego theory against Defendant Alexander Loukaides.  The Court ordered plaintiff to file a Second Amended Complaint on or before January 18, 2018.  Plaintiff respectfully requests an extension of 30 days to do so.

In support of this motion, plaintiff represents:

1.  Plaintiff served limited written discovery on defendants on November 20, 2018;

2.  To date, neither defendant has objected to or responded to the written discovery;

3.  The written discovery is relevant to the issues of liability based on an alter ego theory and jurisdiction in Connecticut.  Defendants failure to respond to the discovery in a timely manner should not work to their benefit by denying plaintiff the opportunity to discover material that may be relevant to the issues at hand, especially in light of the Court's recent ruling which held that the allegations in the existing complaint are not enough;

4. On January 10, 2018, plaintiff's counsel received an unsolicited email (attached) which merits further investigation; and

5. Graduation Solutions LLC's New York counsel, Attorney Laura-Michelle Horgan, is reviewing Acadima's bankruptcy filing in Texas and needs additional time to obtain information from the Court and discuss with the Bankruptcy Trustee.

Based on the foregoing, plaintiff requests a 30-day extension to file the Second Amended Complaint.  This is the first request for an extension of time of the deadline set in the Court's January 3, 2018 order.

Plaintiff's counsel inquired as to defendants' position on this request, but has not received a response.

THE PLAINTIFF,
GRADUATION SOLUTIONS LLC

By: _/s/ Monte E. Frank_____
        Monte E. Frank (ct13666)
        Nathaniel J. Gentile (ct28860)
        Pullman & Comley, LLC
        850 Main Street, P.O. Box 7006
        Bridgeport, CT  06601-7006
        T:  (203) 330-2240
        F:  (203) 576-8888
        mfrank@pullcom.com
        ngentile@pullcom.com


        OF COUNSEL:
        Jonathan B. Nelson
        Scott Locke
        Laura-Michelle Horgan
        Dorf & Nelson, LLP
        555 Theodore Fremd Avenue
        Rye, NY 10580
        T: (914) 381-7600
        F: (914) 381-7608
        jnelson@dorflaw.com
        slocke@dorflaw.com
        lhorgan@dorflaw.com


## CERTIFICATE OF SERVICE

I certify that on January 18, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Defendants will be served a copy of the foregoing when they are served with the Summons and Complaint.


        /s/ Monte E. Frank
        Monte E. Frank (ct13666)