**Gentile, Nathaniel J.**

| | |
|---|---|
| **From:** | anais Lu <anaislu55@gmail.com> |
| **Sent:** | Wednesday, January 10, 2018 2:21 PM |
| **To:** | Frank, Monte E.; Gentile, Nathaniel J. |
| **Subject:** | Acadima LLC/Alex Loukaides Information |

To Whom it may concern,
 I thought it may be beneficial to you the following information. Alex Loukaides did indeed bankrupt Acadima LLC purposefully to avoid damages brought on by this lawsuit.  In regards to the personal suit, he is certainly not bankrupt. He owns a manufacturing company called OZ Garments (hzoz.com) and currently has his Dallas home for sale where he stands to make a few hundred thousand dollars profit. This home is located at
          Dallas, TX 75204. Finally, his current residing address is          Irvine CA. 92603.
Should you need any other information, please let me know.
Thanks,
 Lu