UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GRADUATION SOLUTIONS LLC ) | CASE NO. 3:17CV01342 (VLB) |
| Plaintiff, ) | |
| vs. ) | |
| ACADIMA, LLC AND ALEXANDER LOUKAIDES ) | FEBRUARY 5, 2018 |
| Defendant. ) | |

## NOTICE OF DISMISSAL OF BANKRUPTCY CASE

Plaintiff Graduation Solutions LLC respectfully notifies the Court that the bankruptcy case that Defendant Acadima LLC ("Acadima") commenced in the United States Bankruptcy Court for the Northern District of Texas with the caption <u>*In re Acadima LLC*</u> was closed on January 22, 2018 (the "Bankruptcy Case"). Acadima did not receive a discharge as a result of the Bankruptcy Case. (A copy of the docket for the Bankruptcy Case is annexed hereto as Exhibit A.)

Since the Bankruptcy Case has been closed, the automatic stay imposed by this Court on Plaintiff's claims against Acadima pursuant to 11 U.S.C. §362(a) is no longer in effect and should be lifted.

        THE PLAINTIFF,
        GRADUATION SOLUTIONS LLC

        By: */s/ Monte E. Frank*

        **Monte E. Frank (ct13666)**
        **Nathaniel J. Gentile (ct28860)**
        **Pullman & Comley, LLC**
        **850 Main Street, P.O. Box 7006**
        **Bridgeport, CT  06601-7006**
        **T:  (203) 330-2240**
        **F:  (203) 576-8888**
        **mfrank@pullcom.com**
        **ngentile@pullcom.com**

        **OF COUNSEL:**
        **Jonathan B. Nelson (*pro hac vice***
        **motion forthcoming)**
        **Laura-Michelle Horgan (*pro hac vice***
        **motion forthcoming)**
        **Dorf & Nelson, LLP**
        **555 Theodore Fremd Avenue**
        **Rye, NY 10580**
        **T: (914) 381-7600**
        **F: (914) 381-7608**
        **jnelson@dorflaw.com**
        **slocke@dorflaw.com**
        **lhorgan@dorflaw.com**

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. Rule 5 (b), I hereby certify that a copy of the above was mailed on the date above via electronic mail to all counsel and pro se parties of record.

Kathryn Rose Sylvester
Law Offices of Kathryn R. Sylvester, L.L.C.
P.O. Box 5076
Woodbridge, CT 06525
(203) 516-8146
Fax: (475) 655-2139
Email: KSylvester1@hotmail.com

*Counsel for Defendants Alexander Loukaides and Acadima LLC*

　　　　　　　　　　　　　　　　　　*/s/ Monte E. Frank*
　　　　　　　　　　　　　　　　　　**Monte E. Frank (ct13666)**