

**CM**ECF    **Query**    **Reports**    **Utilities**    **Logout**    **?**

**17-34346-bjh7** Acadima LLC
**Case type:** bk **Chapter:** 7 **Asset:** No **Vol:** v **Judge:** Barbara J. Houser
**Date filed:** 11/20/2017 **Date of last filing:** 01/22/2018
**Date terminated:** 01/22/2018

# History

| Doc. No. | Dates | Description |
|---|---|---|
| | *Filed & Entered:*11/20/2017 | Credit Card Receipt |
| 1 | *Filed & Entered:*11/20/2017 | Voluntary petition (chapter 7) |
| 3 | *Filed & Entered:*11/20/2017 | Meeting (AutoAssign Chapter 7b) |
| 4 | *Filed & Entered:*11/23/2017 | BNC certificate of mailing - meeting of creditors |
| | *Filed & Entered:*12/20/2017 | Chapter 7 Trustee's Report of No Distribution |
| | *Filed & Entered:*01/22/2018 | Close bankruptcy case |
| 5 | *Filed & Entered:*01/22/2018 | Order approving chapter 7 trustee report and discharging trustee |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 02/02/2018 12:47:59 | | | |
| **PACER Login:** | jbnelsonlaw:3617207:0 | **Client Code:** | Grad/Acadima |
| **Description:** | History/Documents | **Search Criteria:** | 17-34346-bjh7 Type: History |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |