## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| _____ | ) | |
| **Graduation Solutions LLC,** | ) | |
| | ) | |
| **Plaintiff** | ) | **Case No. 17 Civ. 01342 (VLB)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **Acadima LLC and Alexander Loukaides,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

### DEFENDANT ALEXANDER LOUKAIDES'S
### <u>MOTION FOR PROTECTIVE ORDER</u>

Pursuant to Rule 26(c)(1) of the Federal Rules of Civil Procedure, Defendant Alexander Loukaides respectfully moves this Court for a protective order adjourning the deposition of Alexander Loukaides to have an examination in Bridgeport, Connecticut, until after the pending motion to dismiss has been decided.

**Dated:  May 22, 2018**

<u>/s/ Kathryn R. Sylvester</u>
**Kathryn R. Sylvester**
**L.O. of Kathryn R. Sylvester, L.L.C.**
**P.O. Box 5076**
**Woodbridge, CT 06525**
**Counsel for Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2018, a copy of the notice of motion for protective order was filed along with an accompanying memorandum of law. Notice of this filing will be sent by e-mail to all parties by operation of this Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

/s/ Kathryn R. Sylvester
Kathryn R. Sylvester