UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Graduation Solutions LLC, | ) | |
| | ) | No. 17 Civ. 01342 (VLB) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NOTICE OF APPEAL |
| | ) | |
| Acadima, LLC and Alexander Loukaides, | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION TO DISMISS FOR
### FAILURE TO STATE A CLAIM BY DEFENANT ACADIMA LLC

Pursuant to 28 U.S.C. § 1291, Defendant Acadima LLC and Alexander Loukaides, by and through counsel, hereby appeal to the United States Court of Appeals for the Second Circuit from the Decision and Order of the United States District Court for the District of Connecticut (Docket Entry #44), which stated in full:

> ORDER denying 34 Motion to Dismiss. Defendant Acadima, LLC has failed to provide legal authority establishing dismissal is warranted here, as equitable mootness is a doctrine applicable to bankruptcy appeals. Defendant Acadima, LLC has not provided any case law that extends this doctrine to a Rule 12(b)(6) motion outside the context of a bankruptcy appeal, such as this case involving copyright infringement, Lanham Act violations, and unfair trade practices and competition. For the same reasons, the Court hereby lifts the stay as to Acadima, LLC and will enter an amended scheduling order accordingly. Signed by Judge Vanessa L. Bryant on 04/23/2018. (Lee, E.) (Entered: 04/23/2018)

**The order was dated and entered as a docket entry on April 23, 2018, and lifted the automatic stay provision of the Bankruptcy Code provided by 11 U.S.C. § 362. Such an order is a final decision under 28 U.S.C. § 1291.  See *In re Sonnax Industries, Inc.*, 907 F. 2d 1280, 1284-86 (2d Cir. 1990) (holding that determinations granting or denying relief from the automatic stay are final decisions) (citing, *inter alia*,  2 Collier on Bankruptcy ¶ 362.13, at 362-80 (L. King 15th ed. 1990)).**

**Dated:  May 22, 2018**

**/s/ Kathryn R. Sylvester**
**Kathryn R. Sylvester**
**L.O. of Kathryn R. Sylvester, L.L.C.**
**P.O. Box 5076**
**Woodbridge, CT 06525**
**Counsel for Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2018, a copy of the foregoing notice of appeal was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of this Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

/s/ *Kathryn R. Sylvester*
Kathryn R. Sylvester