APPEAL,EFILE

# U.S. District Court
## District of Connecticut (New Haven)
### CIVIL DOCKET FOR CASE #: 3:17−cv−01342−VLB
*Internal Use Only*

| | |
|---|---|
| Graduation Solutions LLC v. Acadima, LLC et al | Date Filed: 08/09/2017 |
| Assigned to: Judge Vanessa L. Bryant | Jury Demand: Plaintiff |
| Cause: 17:504 Copyright Infringement | Nature of Suit: 820 Copyright |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Graduation Solutions LLC**  represented by  **Nathaniel John Gentile**
Pullman & Comley − Htfd
90 State House Square 13th Fl
Hartford, CT 06103−3702
860−424−4378
Fax: 860−424−4370
Email: ngentile@pullcom.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Monte E. Frank**
Pullman & Comley − Bpt
850 Main St., PO Box 7006
Bridgeport, CT 06601−7006
203−330−2262
Fax: 203−576−8888
Email: mfrank@pullcom.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Acadima, LLC**  represented by  **Kathryn Rose Sylvester**
Law Offices of Kathryn R. Sylvester, L.L.C.
P.O. Box 5076
Woodbridge, CT 06525
(203) 516−8146
Fax: (475) 655−2139
Email: KSylvester1@hotmail.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Alexander Loukaides**  represented by  **Kathryn Rose Sylvester**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/09/2017 | 1 | COMPLAINT against Acadima, LLC, Alexander Loukaides (Filing fee $400 receipt number 0205−4495819.), filed by Graduation Solutions LLC. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A, # 3 Exhibit B)(Caffrey, A.) Modified on 8/9/2017 to add receipt number (Caffrey, A.). (Entered: 08/09/2017) |
| 08/09/2017 | | Request for Clerk to issue summons as to Acadima, LLC, Alexander Loukaides. (Gentile, Nathaniel) (Entered: 08/09/2017) |
| 08/09/2017 | | Judge Vanessa L. Bryant added. (Anastasio, F.) (Entered: 08/09/2017) |

| | | |
|---|---|---|
| 08/09/2017 | 2 | Corporate Disclosure Statement by Graduation Solutions LLC. (Gentile, Nathaniel) (Entered: 08/09/2017) |
| 08/09/2017 | 3 | Order on Pretrial Deadlines: Motions to Dismiss due on 11/09/2017. Amended Pleadings due by 10/8/2017. Discovery due by 2/8/2018. Dispositive Motions due by 3/10/2018.<br>Signed by Clerk on 08/09/2017. (Shafer, J.) (Entered: 08/10/2017) |
| 08/09/2017 | 4 | ELECTRONIC FILING ORDER − PLEASE ENSURE COMPLIANCE WITH COURTESY COPY REQUIREMENTS IN THIS ORDER.<br>Signed by Judge Vanessa L. Bryant on 08/09/2017. (Shafer, J.) (Entered: 08/10/2017) |
| 08/09/2017 | 5 | STANDING PROTECTIVE ORDER.<br>Signed by Judge Vanessa L. Bryant on 08/09/2017. (Shafer, J.) (Entered: 08/10/2017) |
| 08/09/2017 | 6 | ORDER RE: Judge's Chambers Practices. Counsel are directed to read and comply with the Chambers Practices and Standing Orders prior to filing any document. So ordered.<br>Signed by Judge Vanessa L. Bryant on 08/09/2017. (Shafer, J.) (Entered: 08/10/2017) |
| 08/10/2017 | 7 | NOTICE TO COUNSEL: Counsel initiating or removing this action are responsible for serving all parties with attached documents and copies of 6 Order Re: Chambers Practices, 5 Standing Protective Order, 4 Electronic Filing Order, 3 Order on Pretrial Deadlines, 1 Complaint, filed by Graduation Solutions LLC, and 2 Corporate Disclosure Statement filed by Graduation Solutions LLC.<br>Signed by Clerk on 08/10/2017. (Shafer, J.) (Entered: 08/10/2017) |
| 08/10/2017 | 8 | ELECTRONIC SUMMONS ISSUED in accordance with Fed. R. Civ. P. 4 and LR 4 as to *Acadima, LLC, Alexander Loukaides* with answer to complaint due within *21* days. Attorney *Nathaniel John Gentile* *Pullman & Comley − Htfd* *90 State House Square 13th Fl.* *Hartford, CT 06103−3702*. (Shafer, J.) (Entered: 08/10/2017) |
| 08/10/2017 | 9 | AO 121 Report on the Filing of an Action re: Copyright Form Completed. (Attachments: # 1 Complaint and Exhibits) (Shafer, J.) (Entered: 08/10/2017) |
| 08/10/2017 | | (Court only) ***Staff notes Emailed completed AO 121 form, the 1 Complaint, and exhibits to the Copyright Office. (Shafer, J.) (Entered: 08/10/2017) |
| 09/07/2017 | 10 | SUMMONS Returned Executed by Graduation Solutions LLC. Acadima, LLC served on 8/23/2017, answer due 9/13/2017. (Gentile, Nathaniel) (Entered: 09/07/2017) |
| 09/30/2017 | 11 | NOTICE of Appearance by Kathryn Rose Sylvester on behalf of Acadima, LLC *Academia, LLC and Alexander Loukaides* (Sylvester, Kathryn) (Entered: 09/30/2017) |
| 09/30/2017 | 12 | NOTICE of Appearance by Kathryn Rose Sylvester on behalf of Alexander Loukaides (Sylvester, Kathryn) (Entered: 09/30/2017) |
| 09/30/2017 | 13 | Corporate Disclosure Statement by Acadima, LLC. (Sylvester, Kathryn) (Entered: 09/30/2017) |
| 09/30/2017 | 14 | First MOTION to Dismiss for Lack of Jurisdiction *over Defendants* by Acadima, LLC.Responses due by 10/21/2017 (Attachments: # 1 Memorandum in Support of Motion to Dismiss)(Sylvester, Kathryn) (Entered: 09/30/2017) |
| 09/30/2017 | 15 | First MOTION to Dismiss for Lack of Jurisdiction *over Defendants* by Alexander Loukaides.Responses due by 10/21/2017 (Sylvester, Kathryn) (Entered: 09/30/2017) |
| 10/23/2017 | 16 | NOTICE of Appearance by Monte E. Frank on behalf of Graduation Solutions LLC (Frank, Monte) (Entered: 10/23/2017) |
| 10/23/2017 | 17 | Consent MOTION for Extension of Time until October 27, 2017 to File Response re: 15 First MOTION to Dismiss for Lack of Jurisdiction *over Defendants*, 14 First MOTION to Dismiss for Lack of Jurisdiction *over Defendants* by Graduation Solutions LLC. (Frank, Monte) (Entered: 10/23/2017) |
| 10/24/2017 | 18 | ORDER granting 17 Motion for Extension of Time until October 27, 2017 to File Response re: 15 First MOTION to Dismiss for Lack of Jurisdiction *over Defendants*, 14 First MOTION to Dismiss for Lack of Jurisdiction *over Defendants* by Graduation Solutions LLC. Signed by Judge Vanessa L. Bryant on 10/24/2017. (Lee, E.) (Entered: |

| | | |
|---|---|---|
| | | 10/24/2017) |
| 10/24/2017 | | Reset deadline as to 15 First MOTION to Dismiss and 14 First MOTION to Dismiss. Responses are now due by 10/27/2017 per 18 Order. (Shafer, J.) (Entered: 10/24/2017) |
| 10/27/2017 | 19 | AMENDED COMPLAINT against All Defendants, filed by Graduation Solutions LLC.(Frank, Monte) (Entered: 10/27/2017) |
| 11/15/2017 | 20 | 26(f) NOTICE: The Court has reviewed the file in this case to monitor the parties compliance with Local Rule 26(f). Local Rule 26(f) provides that, within 30 days after the appearance of any defendant, the attorneys of record and any unrepresented parties must confer for purposes described in Fed. R. Civ. P. 26(f). Local Rule 26(f) further provides that, within 14 days after the conference, the participants must jointly file a report of the conference using Form 26(f). It appears that more than forty four days have passed since the appearance of a defendant in this case but no report has been filed. Accordingly, it is hereby ordered that the parties must file on or before November 29, 2017: (1) a written statement signed by all counsel of record demonstrating that this case is exempt from the requirement of filing a form 26(f) report; or (2) a form 26(f) report along with a written statement signed by all counsel of record explaining why sanctions should not be imposed for the parties failure to comply with Local Rule 26(f). Failure to comply with this order will result in dismissal of the complaint.<br>Signed by Clerk on 11/15/2017. (Shafer, J.) (Entered: 11/15/2017) |
| 11/15/2017 | | Set deadline: Rule 26 Meeting Report due by 11/29/2017. (Shafer, J.) (Entered: 11/15/2017) |
| 11/16/2017 | 21 | First MOTION to Dismiss by Acadima, LLC.Responses due by 12/7/2017 (Attachments: # 1 Memorandum in Support Motion to Dismiss)(Sylvester, Kathryn) (Entered: 11/16/2017) |
| 11/16/2017 | 22 | Joint REPORT of Rule 26(f) Planning Meeting. (Attachments: # 1 Statement re 26(f) Report)(Frank, Monte) (Entered: 11/16/2017) |
| 11/20/2017 | 23 | SCHEDULING ORDER: The Court has review the parties' Report of Rule 26(f) Planning Meeting 22 and sets the following case management deadlines: A discovery status teleconference will take place on **04/25/2018** at 4:30 PM. All discovery, including but not limited to depositions of expert witnesses, shall be completed by **7/25/2018**. Dispositive Motions are due by **08/25/2018**. If no Dispositive Motions are filed, the Joint Trial Memorandum is due by **09/25/2018** and jury selection will take place on **11/6/2018** at 09:30 AM in Courtroom Three, 450 Main St., Hartford, CT before Judge Vanessa L. Bryant. If Dispositive Motions are filed the Joint Trial Memorandum is due by **04/25/2019** and jury selection will take place on **06/04/2019** in Courtroom Three, 450 Main St., Hartford, CT before Judge Vanessa L. Bryant. Dates for the presentation of evidence will be designated following the submission of the joint trial memorandum. Counsel shall be prepared to present evidence on any day during the month of jury selection. All proposed voir dire questions, jointly proposed jury instructions, and motions in limine must be filed along with the joint trial memorandum. All evidentiary objections raised in the joint trial memorandum must be the subject of a motion in limine and supported by applicable Second Circuit precedent. The parties are instructed to file **one** proposed set of jury instructions, indicating any language that is the subject of disagreement between the parties and briefly providing authority in support of each party's proposed language. Each party shall file three exhibit binders (including witness lists)——one to be delivered to the courtroom deputy, Jeremy Shafer, in the Clerk's Office and two to Chambers. In addition, each party shall submit to the Courtroom Deputy electronic exhibit files that comply with file naming method on: http://ctd.uscourts.gov/jury−evidence−recording−system−jers. The parties' exhibit binders and electronic exhibits, as well as any courtroom technology requests, must be submitted no later than **two weeks before jury selection**. **The Court will refer the parties to a settlement conference as requested, and counsel is directed to contact Magistrate Judge Robert A. Richardson's Chambers after the Court's ruling on the Motion to Dismiss.** Counsel are directed to read and comply with all provisions of Chambers Practices (see docket 6 ) −− in particular, this Chambers' font formatting standards. Noncompliant filings may be summarily denied. The Court also requests that any courtesy copies sent to Chambers be printed from the docket and contain the |

| | | |
|---|---|---|
| | | header of the Court's electronic filing system. Signed by Judge Vanessa L. Bryant on 11/20/2017.(Lee, E.) Modified to correct typo on 11/21/2017 (Shafer, J.). (Entered: 11/20/2017) |
| 11/21/2017 | 24 | SUGGESTION OF BANKRUPTCY Upon the Record as to Acadima LLC by Acadima, LLC. (Sylvester, Kathryn) (Entered: 11/21/2017) |
| 12/07/2017 | 25 | Memorandum in Opposition re 21 First MOTION to Dismiss filed by Graduation Solutions LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Gentile, Nathaniel) (Entered: 12/07/2017) |
| 12/22/2017 | 26 | REPLY to Response to 21 First MOTION to Dismiss filed by Alexander Loukaides. (Sylvester, Kathryn) (Entered: 12/22/2017) |
| 01/03/2018 | 27 | ORDER: For the reasons set forth in the attached ruling and order, the Court hereby ORDERS Plaintiff to file a Second Amended Complaint on or before **01/18/2018** that comports with the ruling. Defendant Loukaides may refile a Motion to Dismiss on or before **02/01/2018**. The case is STAYED as to Defendant Acadima LLC. Signed by Judge Vanessa L. Bryant on 01/03/2018. (Lee, E.) (Entered: 01/03/2018) |
| 01/03/2018 | 28 | ORDER finding as moot 14 Motion to Dismiss for Lack of Jurisdiction, finding as moot 15 Motion to Dismiss for Lack of Jurisdiction, and finding as moot 21 Motion to Dismiss pursuant to the Court's 27 Order. Signed by Judge Vanessa L. Bryant on 01/03/2018. (Lee, E.) (Entered: 01/03/2018) |
| 01/05/2018 | | Set deadline: Amended Complaint due by 1/18/2018 per 27 Order. (Shafer, J.) (Entered: 01/05/2018) |
| 01/18/2018 | 29 | MOTION for Extension of Time until February 19, 2018 to file Second Amended Complaint 27 Order, by Graduation Solutions LLC. (Attachments: # 1 Exhibit)(Frank, Monte) (Entered: 01/18/2018) |
| 01/22/2018 | 30 | ORDER granting in part and denying in part 29 Motion for Extension of Time to file Second Amended Complaint. Plaintiff shall file the Second Amended Complaint on or before **02/05/2018** and the Motion to Dismiss shall be due on or before **02/19/2018**. Signed by Judge Vanessa L. Bryant on 01/22/2018. (Lee, E.) (Entered: 01/22/2018) |
| 01/22/2018 | | Set deadlines: Amended Complaint due by 2/5/2018 and Motion to Dismiss due by 2/19/2018 per 30 Order. (Shafer, J.) (Entered: 01/23/2018) |
| 02/05/2018 | 31 | AMENDED COMPLAINT against Acadima, LLC, Alexander Loukaides, filed by Graduation Solutions LLC.(Frank, Monte) (Entered: 02/05/2018) |
| 02/05/2018 | 32 | NOTICE by Graduation Solutions LLC re: *Dismissal of Bankruptcy Case* (Attachments: # 1 Exhibit A)(Frank, Monte) (Entered: 02/05/2018) |
| 02/06/2018 | 33 | ORDER: If Defendants oppose lifting the stay, they shall respond to the 32 Notice on or before **02/20/2018** with a legal and factual basis as to why the stay should not be lifted. Signed by Judge Vanessa L. Bryant on 02/06/2018. (Lee, E.) (Entered: 02/06/2018) |
| 02/20/2018 | 34 | MOTION to Dismiss *For the Failure to State a Claim* by Acadima, LLC.Responses due by 3/13/2018 (Sylvester, Kathryn) (Entered: 02/20/2018) |
| 02/20/2018 | 35 | Memorandum in Support re 34 MOTION to Dismiss *For the Failure to State a Claim* filed by Acadima, LLC. (Sylvester, Kathryn) (Entered: 02/20/2018) |
| 02/20/2018 | 36 | MOTION to Dismiss by Alexander Loukaides.Responses due by 3/13/2018 (Sylvester, Kathryn) (Entered: 02/20/2018) |
| 02/20/2018 | 37 | Memorandum in Support re 36 MOTION to Dismiss filed by Alexander Loukaides. (Attachments: # 1 Exhibit)(Sylvester, Kathryn) (Entered: 02/20/2018) |
| 03/13/2018 | 38 | Memorandum in Opposition re 34 MOTION to Dismiss *For the Failure to State a Claim* filed by Graduation Solutions LLC. (Frank, Monte) (Entered: 03/13/2018) |
| 03/13/2018 | 39 | Memorandum in Opposition re 36 MOTION to Dismiss filed by Graduation Solutions LLC. (Frank, Monte) (Entered: 03/13/2018) |

| | | |
|---|---|---|
| 04/11/2018 | | (Court only) ***Deadlines terminated. (Lewis, L.) (Entered: 04/11/2018) |
| 04/11/2018 | 40 | AMENDED SCHEDULING ORDER: If dispositive motions are filed, jury selection will take place on 6/18/2019 at 09:30 AM in Courtroom Three, 450 Main St., Hartford, CT before Judge Vanessa L. Bryant. All other deadlines will remain unchanged, Signed by Judge Vanessa L. Bryant on 4/11/18.(Lewis, L.) (Entered: 04/11/2018) |
| 04/20/2018 | 41 | MOTION for Attorney(s) Laura−Michelle Horgan to be Admitted Pro Hac Vice (paid $75 PHV fee; receipt number ACTDC−4802100) by Graduation Solutions LLC. (Attachments: # 1 Affidavit)(Gentile, Nathaniel) (Entered: 04/20/2018) |
| 04/20/2018 | 42 | ORDER VACATING Telephonic Hearing set for 04/25/2018 in light of the stay. Signed by Judge Vanessa L. Bryant on 04/20/2018. (Lee, E.) (Entered: 04/20/2018) |
| 04/23/2018 | 43 | ORDER granting 41 Motion to Appear Pro Hac Vice as to Laura−Michelle Horgan Certificate of Good Standing due by 6/22/2018. Signed by Clerk on 04/23/2018. (Hernandez, T.) (Entered: 04/23/2018) |
| 04/23/2018 | 44 | ORDER denying 34 Motion to Dismiss. Defendant Acadima, LLC has failed to provide legal authority establishing dismissal is warranted here, as equitable mootness is a doctrine applicable to bankruptcy appeals. Defendant Acadima, LLC has not provided any case law that extends this doctrine to a Rule 12(b)(6) motion outside the context of a bankruptcy appeal, such as this case involving copyright infringement, Lanham Act violations, and unfair trade practices and competition. For the same reasons, the Court hereby lifts the stay as to Acadima, LLC and will enter an amended scheduling order accordingly. Signed by Judge Vanessa L. Bryant on 04/23/2018. (Lee, E.) (Entered: 04/23/2018) |
| 04/23/2018 | 45 | AMENDED SCHEDULING ORDER: In light of the Court's Order, Dkt. 44, the Court sets the following case management deadlines. A discovery status teleconference will take place on **09/19/2018 at 3:00 pm**. All discovery, including but not limited to depositions of expert witnesses, shall be completed by **11/26/2018**. Dispositive motions are due by **12/23/2018**. If no dispositive motions are filed, the joint trial memorandum ("JTM") is due by **02/05/2019**, and jury selection will take place on **03/19/2019 at 09:30 AM** in Courtroom Three, 450 Main St., Hartford, CT before Judge Vanessa L. Bryant. If dispositive motions are filed, the JTM is due by **09/03/2019**, and jury selection will take place on **10/15/2019 at 09:30 AM** in Courtroom Three, 450 Main St., Hartford, CT before Judge Vanessa L. Bryant. The parties are directed to closely follow Chambers Practices 6 including the deadlines and format of filings when completing and filing the JTM, which shall be accompanied by the *voir dire* questions, jury instructions, and motions *in limine*. The parties' exhibit binders and electronic exhibits, as well as any courtroom technology requests, must be submitted no later than two weeks before jury selection. The Court also requests that any courtesy copies sent to Chambers be printed from the docket and contain the header of the Court's electronic filing system. Signed by Judge Vanessa L. Bryant on 04/23/2018. (Lee, E.) Modified to bold date on 4/24/2018 (Shafer, J.). (Entered: 04/23/2018) |
| 04/24/2018 | 46 | NOTICE OF E−FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. Discovery status teleconference set for 9/19/2018 at 03:00 PM before Judge Vanessa L. Bryant. To participate in the teleconference, the parties are ordered to call Chambers at 860−240−3123 with all parties on the line. In the alternative, the parties may call Chambers to distribute a dial−in number to the Court. (Shafer, J.) (Entered: 04/24/2018) |
| 05/22/2018 | 47 | MOTION for Protective Order by Alexander Loukaides.Responses due by 6/12/2018 (Attachments: # 1 Memorandum in Support)(Sylvester, Kathryn) (Entered: 05/22/2018) |
| 05/22/2018 | 48 | ENTERED IN ERROR: NOTICE OF APPEAL to Federal Circuit by Acadima, LLC. Filing fee $ 505, receipt number ACTDC−4838115. (Sylvester, Kathryn) Modified on 5/23/2018 (Hernandez, T.). (Entered: 05/22/2018) |
| 05/22/2018 | 49 | Amended NOTICE by Acadima, LLC (Sylvester, Kathryn) (Entered: 05/22/2018) |
| 05/22/2018 | | Docket Entry Correction re 48 Notice of Appeal to Federal Circuit. (Hernandez, T.) (Entered: 05/23/2018) |

| | | |
|---|---|---|
| 05/22/2018 | <u>50</u> | NOTICE OF APPEAL as to 44 Order on Motion to Dismiss, by Acadima, LLC, Alexander Loukaides. Filing fee $ 505, receipt number ACTDC−4838115. (Hernandez, T.) (Entered: 05/23/2018) |