UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Graduation Solutions, | : | CIVIL ACTION NO.: |
| | : | 3:17CV01342(VLB) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| Acadima, LLC and | : | |
| Alexander Loukaides, | : | |
| | : | |
| Defendant. | : | JUNE 11, 2018 |

## APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of defendant Alexander Loukaides whose current counsel is discontinuing his practice.

Dated: June 11, 2018

By:

         /s/Jeffrey S. Bagnell
Jeffrey S. Bagnell
Federal Bar No. CT18983
Jeffrey S. Bagnell, Esq., LLC
55 Greens Farms Road, #200-60
Westport, Connecticut 06880
(203) 984-8820
(203) 255-4454 (fax)
jeff@bagnell-law.com

2

## CERTIFICATION

      This is to certify that on this 11th day of June 2018 a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties, as listed below, by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

                                              /s/Jeffrey S. Bagnell