# DORF & NELSON LLP

The International Corporate Center, 555 Theodore Fremd Avenue, Rye, NY 10580

Telephone: 914.381.7600 · www.dorflaw.com · Facsimile: 914.381.7608

June 13, 2018

**VIA ECF FILING AND FEDERAL EXPRESS**
The Honorable Vanessa L. Bryant
United States District Court Judge
District of Connecticut
Abraham Ribicoff Federal Building
United States Courthouse
450 Main Street – Annex 135
Hartford, Connecticut 06103

Re:   *Graduation Solutions LLC v. Acadima, LLC and Alexander Loukaides*
      Index No. 3:17-cv-1342

Dear Judge Bryant:

This firm represents Plaintiff Graduation Solutions LLC ("Graduation Solutions"). We write this letter to request a telephonic conference regarding a discovery dispute on the next available Friday, between 2:00PM – 4:00PM, pursuant to Your Honor's Rules.

Specifically, Defendant Alexander Loukaides ("Loukiadies") has refused to proceed with any discovery in this matter, including his deposition which was noticed by Plaintiff on April 20, 2018. Defendant Loukaides also improperly filed a Motion for a Protective Order (ECF Doc. No. 47) without first requesting a telephonic conference with the Court pursuant to Your Honor's rules. By his motion, Defendant Loukaides seeks to "quash the deposition until after the Court has decided whether it has personal jurisdiction over Loukaides."  (Id.)

In this regard, there were two motions which are relevant to this application:  (1) a motion to dismiss filed by Defendant Acadima, LLC (ECF Doc. No. 34) and (2) a motion to dismiss filed by Loukiadies (ECF Doc. No. 36).  It is the position of Graduation Solutions that Your Honor's Order (ECF Doc. No. 44) was intended to deny both motions.  As such, Your Honor set forth an Amended Scheduling Order (ECF Doc. No. 45).

Accordingly, Plaintiff seeks the guidance of the Court with respect to proceeding with obtaining discovery from Defendant Loukaides so that discovery can be completed in accordance with the dates set by the Court in to Your Honor's Amended Scheduling Order (ECF Doc. No. 45).



Thank you for your consideration of this matter.

Respectfully submitted,

Jonathan B. Nelson
JBN/abr


cc:   Kathryn Rose Sylvester, Esq.
      Law Offices of Kathryn R. Sylvester, L.L.C.
      P.O. Box 5076
      Woodbridge, CT 06525
      (203) 516-8146
      Fax: (475) 655-2139
      Email: KSylvester1@hotmail.com
      (*via ECF filing*)

      Jeffrey S. Bagnell, Esq.
      Jeffrey S. Bagnell, Esq., LLC
      55 Greens Farms Road, #200-60
      Westport, CT 06880
      203-286-7936
      Fax: 203-557-8768
      Email: jeff@bagnell-law.com
      (*via ECF filing*)

      Nathaniel John Gentile Esq.
      Pullman & Comley - Htfd
      90 State House Square 13th Fl
      Hartford, CT 06103-3702
      860-424-4378
      Fax: 860-424-4370
      Email: ngentile@pullcom.com
      (*via ECF filing*)

      Monte E. Frank, Esq.
      Pullman & Comley - Bpt
      850 Main St., PO Box 7006
      Bridgeport, CT 06601-7006
      203-330-2262
      Fax: 203-576-8888
      Email: mfrank@pullcom.com
      (*via ECF filing*)