

The International Corporate Center, 555 Theodore Fremd Avenue, Rye, NY 10580

Telephone: 914.381.7600 · www.dorflaw.com · Facsimile: 914.381.7608

June 14, 2018

**<u>VIA ECF FILING</u>**
The Honorable Vanessa L. Bryant
United States District Court Judge
District of Connecticut
Abraham Ribicoff Federal Building
United States Courthouse
450 Main Street – Annex 135
Hartford, Connecticut 06103

    Re:    *Graduation Solutions LLC v. Acadima, LLC and Alexander Loukaides*
            Index No. 3:17-cv-1342

Dear Judge Bryant:

This firm represents Plaintiff Graduation Solutions LLC ("Graduation Solutions"). I write to object to Defendant Alexander Loukaides's letter of June 14, 2018 ("Loukaides Letter").

Specifically, the third and fourth paragraphs of the Loukaides Letter amount to an impermissible sur-reply with regard to the motion to dismiss filed by Loukiadies (ECF Doc. No. 36). In this regard, I respectfully request that the Court disregard the argument inappropriately contained in the Loukaides Letter. In turn, I will simply point out that Graduation Solutions's opposition to the motion to dismiss more than sufficiently addresses those arguments and I will rest thereon.

Accordingly, Plaintiff still seeks the guidance of the Court with respect to proceeding with obtaining discovery from Defendant Loukaides so that discovery can be completed in accordance with the dates set by the Court in to Your Honor's Amended Scheduling Order (ECF Doc. No. 45).

Thank you for your consideration of this matter.

Respectfully submitted,

Jonathan B. Nelson
JBN/abr

cc:     Kathryn Rose Sylvester, Esq.
         Law Offices of Kathryn R. Sylvester, L.L.C.
         P.O. Box 5076
         Woodbridge, CT 06525
         (203) 516-8146



Fax: (475) 655-2139
Email: KSylvester1@hotmail.com
(*via ECF filing*)

Jeffrey S. Bagnell, Esq.
Jeffrey S. Bagnell, Esq., LLC
55 Greens Farms Road, #200-60
Westport, CT 06880
203-286-7936
Fax: 203-557-8768
Email: jeff@bagnell-law.com
(*via ECF filing*)

Nathaniel John Gentile Esq.
Pullman & Comley - Htfd
90 State House Square 13th Fl
Hartford, CT 06103-3702
860-424-4378
Fax: 860-424-4370
Email: ngentile@pullcom.com
(*via ECF filing*)

Monte E. Frank, Esq.
Pullman & Comley - Bpt
850 Main St., PO Box 7006
Bridgeport, CT 06601-7006
203-330-2262
Fax: 203-576-8888
Email: mfrank@pullcom.com
(*via ECF filing*)