UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GRADUATION SOLUTIONS LLC, | No.: 3:17-cv-01342 (VLB) |
| Plaintiff | |
| v. | June 25, 2018 |
| ACADIMA, LLC and ALEXANDER LOUKAIDES, | |
| Defendants | |

### MOTION TO WITHDRAW APPEARANCE OF LAURA-MICHELLE HORGAN

Pursuant to D.Conn. L. Civ. R. 7(e), plaintiff Graduation Solutions LLC ("Plaintiff") moves to withdraw the appearance of Laura-Michelle Horgan, Esq.

In support of this Motion, Plaintiff states the following:

1. Attorney Horgan applied for admission to this Court *pro hac vice* by motion dated April 20, 2018 (Doc. #41).

2. By Order dated April 23, 2018, this Court granted Attorney Horgan's motion (Doc. #43).

3. Attorney Horgan left the employ of Dorf & Nelson LLP on June 22, 2018.

4. The undersigned, Jonathan B. Nelson of Dorf & Nelson LLP, appeared in this action by filing a Notice of Appearance on June 12, 2018 (Doc #53) for plaintiff, and will continue to represent the plaintiff in this case.

1

5. **The undersigned, Jonathan B. Nelson, has provided notice of this instant motion to the Plaintiff on this date.**

WHEREFORE, Plaintiff requests that the Court withdraw the appearance of Attorney Laura-Michelle Horgan pursuant to Local Rule 7(e).

        THE PLAINTIFF,
        GRADUATION SOLUTIONS LLC

By: /s/_____
     Jonathan B. Nelson, Esq. [Ct30469]
     Dorf & Nelson LLP
     555 Theodore Fremd Avenue
     Rye, NY 10580
     Phone: (914) 381-7600
     Fax: (914) 381-7608
     jnelson@dorflaw.com

     *Attorneys for Plaintiff Graduation Solutions LP d/b/a Graduation Source*

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

