UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **GRADUATION SOLUTIONS, LLC,** | : | |
| | : | **3:17-cv-01342-VLB** |
| Plaintiff, | : | |
| v. | : | |
| **ACADIMA, LLC, and ALEXANDER LOUKAIDES,** | : | |
| | : | |
| Defendants. | : | |
| | : | |

**MOTION TO WITHDRAW APPEARANCE**

The undersigned counsel, pursuant to D. Conn. L. Civ. R. 7(e), requests that he be permitted to withdraw as counsel for the Defendant Acadima LLC. In support of this motion, undersigned represents that there is good cause.

Respectfully submitted,
/s/ <u>Kathryn R. Sylvester</u>
Kathryn R. Sylvester
Po Box 5076
Woodbridge, CT, 06525-0376

**June 28, 2018**

**Cc:  all counsel by CM/ECF**