UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GRADUATION SOLUTIONS, LLC, | : | |
| | : | 3:17-cv-01342-VLB |
| Plaintiff, | : | |
| v. | : | |
| ACADIMA, LLC, and ALEXANDER LOUKAIDES, | : | |
| | : | |
| Defendants. | : | |
| | : | |

STATEMENT TO COURT CONCERNING THE
DEPOSITION OF FRANK SEVIANE

1.      On August 7, 2017, Plaintiff filed its complaint against two defendants: Acadima LLC ("Acadima") and Alexander Loukaides ("Loukaides").

2.      Acadima and Loukadies subsequently hired co-counsel (Brian Lehman) and me (Kathryn Sylvester) to represent them in this matter.

3.      On November 20, 2017, non-party Frank Seviane filed a petition for bankruptcy on behalf of Acadima in the Northern District of Texas.

4.      In the petition, Mr. Seviane stated that he was the Chief Operating Officer of Acadima.

5.      Prior to the petition, Mr. Seviane and Mr. Loukaides represented to co-counsel that Mr. Seviane was the 100% owner of Acadima.

6.      In his bankruptcy petition, Mr. Seviane represented under oath that he was the "Chief Operating Officer" or COO.

7.      After the bankruptcy court closed the case and discharged the trustee, Mr. Seviane repeatedly and unequivocally stated that he wanted to retain his own lawyer and would do so for any new matters including any matters concerning or arising under this litigation.

1

8.      On May 8, 2018, Plaintiff's counsel sent me a notice of deposition to Mr. Seviane after which we made it clear to Plaintiff's counsel that co-counsel and I did not represent Mr. Seviane.

9.      Co-counsel subsequently told Mr. Seviane that he needed an attorney immediately to respond to the notice of deposition by telephone and email. Co-counsel repeatedly asked Mr. Seviane to have his new attorney contact him regarding the notice of deposition including making inquires about the new attorney in an email dated April 25, 2018.

10.     After co-counsel contacted Mr. Seviane by email, and attempted to contact him on the phone several times, Mr. Seviane responded by writing

> Brian,
>
> I wish you to stop contacting me. This contact is unwanted and constitutes harassment.
>
> I intend to file a complaint.
>
> Frank

11.     No lawyer representing Mr. Seviane has contacted me or co-counsel on behalf of Mr. Seviane.

12.     Mr. Seviane has been repeatedly warned that responding to the deposition is a serious matter that he needs to respond, preferably with counsel, immediately. Multiple emails and telephone messages have been left for Mr. Seviane stating as much.

13.     The undersigned counsel takes no position on whether Mr. Seviane should be deposed as it does not represent him.

14.     With respect to the LLC, the undersigned counsel respectfully submits that Mr. Seviane's conduct and instructions constitutes a complete breakdown in communication with the LLC. Counsel is unaware of any other person acting on behalf of the now-bankruptcy LLC. Counsel respectfully requests that the court grant counsel's motion to withdraw.

Respectfully submitted,<br>
/s/ <u>*Kathryn R. Sylvester*</u><br>
**Kathryn R. Sylvester**<br>
**Po Box 5076**<br>
**Woodbridge, CT, 06525-0376**

**Cc: all counsel by CM/ECF**