UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| GRADUATION SOLUTIONS, LLC, | : |
| | :     3:17-cv-01342-VLB |
|     Plaintiff, | : |
| v. | : |
| ACADIMA, LLC, and ALEXANDER LOUKAIDES, | : |
| | : |
|     Defendants. | : |
| | : |

## MOTION TO WITHDRAW APPEARANCE

The undersigned counsel, pursuant to D. Conn. L. Civ. R. 7(e), requests that he be permitted to withdraw as counsel for the Defendant Alexander Loukaides. In support of this motion, undersigned represents that there is good cause as Defendant Alexander Loikaides has retained alternative legal counsel.

Respectfully submitted,
/s/ *Kathryn R. Sylvester*
Kathryn R. Sylvester
Po Box 5076
Woodbridge, CT, 06525-0376

June 28, 2018

Cc: all counsel by CM/ECF