UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Graduation Solutions, | : | CIVIL ACTION NO.: |
| | : | 3:17CV01342(VLB) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| Acadima, LLC and | : | |
| Alexander Loukaides, | : | |
| | : | |
| Defendant. | : | JULY 2, 2018 |

## **AFFIDAVIT OF JEFFREY S. BAGNELL**

1. I am over 18 years of age and understand the obligations of an oath.

2. I am counsel of record for the defendant Alexander Louikades in the above-captioned action.

3. During the parties' conference call the morning of June 29, 2018, the Court inquired regarding the citizenship of Mr. Loukaides.

4. In response to the Court's inquiry, I mistakenly stated that Mr. Loukaides is an American citizen.

5. Mr. Loukaides is a citizen of the United Kingdom, as represented in his Response re Motion for Discovery Conference. (Docket No. 55).

6. Undersigned counsel apologizes to Court for the accidental misstatement, and submits this Affidavit to clarify that he is a citizen of the United Kingdom.

/s/Jeffrey S. Bagnell
Jeffrey S. Bagnell
Federal Bar No. CT18983
Jeffrey S. Bagnell, Esq., LLC
55 Greens Farms Road, #200-60
Westport, Connecticut 06880
(203) 984-8820
(203) 255-4454 (fax)
jeff@bagnell-law.com

**CERTIFICATION**

This is to certify that on this 11th day of June 2018 a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties, as listed below, by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

/s/Jeffrey S. Bagnell