UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
_____

| | |
|---|---|
| **GRADUATION SOLUTIONS LLC,** | Case No.: 3:17-cv-01342-VLB |
| Plaintiff | |
| v. | **DEFAULT JUDGMENT** |
| **ACADIMA, LLC and ALEXANDER LOUKAIDES,** | |
| Defendants | |

_____

WHEREAS, this action having been commenced on August 09, 2017 by the filing of the Complaint, and a copy of said Complaint having been served on Defendant Acadima, LLC, and

WHEREAS, on June 29, 2018, the Court having ordered that Acadima, LLC must substitute counsel in this proceeding within thirty-five (35) days of receiving notice of the withdrawal of its prior attorney Kathryn Sylvester, and

WHEREAS, if it failed to substitute counsel within the directed timeframe, default judgment would be entered against it for failure to prosecute, and

WHEREAS, more than thirty-five (35) days having passed and Acadima, LLC having not substituted counsel in this matter as ordered by the Court, and

2

WHEREAS, Acadima having failed to serve and file an answer in this proceeding pursuant to Rule 12(a)(1) of the Federal Rules of Civil Procedure, and

WHEREAS, Dorf and Nelson LLP, attorneys for Plaintiff request an order for default judgment against Acadima, LLC,

NOW, it is hereby:

ORDERED, ADJUDGED AND DECREED, that Plaintiff have judgment against Defendant Acadima, LLC, in respect to all reliefs contained in the Amended Complaint dated February 5, 2018.

ORDERED, ADJUDGED AND DECREED, that an Inquest shall be held at the conclusion of this matter to determine damages.

Dated:     Hartford, Connecticut

_____

_____
HON. VANESSA L. BRYANT
UNITED STATES DISTRICT JUDGE