**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
-----------------------------------------------------------------
**GRADUATION SOLUTIONS LLC,**

                        **Plaintiff,**

          **v.**

**ACADIMA, LLC and ALEXANDER LOUKAIDES,**

                        **Defendants.**
-----------------------------------------------------------------

Case No.: 3:17-cv-01342-VLB

**AFFIDAVIT OF JONATHAN B. NELSON**

      I, Jonathan B. Nelson, Esq., am a resident of the State of New York, having been duly sworn, state as follows:

      1.     I am over the age of eighteen (18) years of age.

      2.     I am a Partner at Dorf & Nelson LLP with an office at 555 Theodore Fremd Avenue, Rye, New York 10580. My telephone number is (914)-381-7600. My fax number is (914)-381-7608. My email address is jnelson@dorflaw.com.

      3.     I submit this Affidavit in support of Plaintiff's request for an Order granting default judgment against Defendant Acadima, LLC (herein "Acadima").

      4.     On or about June 29, 2018, the parties in this proceeding appeared before Your Honor via teleconference. After conferencing this matter, Your Honor, *inter alia*, granted attorney Kathryn R. Sylvester's motion to withdraw as counsel for Acadima. Your Honor then instructed Acadima to substitute counsel within thirty-five (35) days of receiving notice of the withdrawal.

      5.     Your Honor further determined that Acadima, as a legal entity and not an actual person, can only appear by an attorney and it cannot appear pro se.

6. Consequently, if Acadima did not substitute counsel as directed, it would result in the entry of a default judgment against it for failure to prosecute.

7. Since the Court's Order on June 29, 2018, Defendant Acadima has failed to substitute counsel as directed, and is therefore in violation of this Court's directive.

8. Furthermore, in the alternative, Acadima has also defaulted in these proceedings by failing to file and serve an answer in response to Plaintiff's Amended Complaint dated February 05, 2018, pursuant to Rule 12(a)(1) of the Federal Rules of Civil Procedure.

9. At the September 19, 2018 status conference, I requested that Plaintiff be permitted to proceed with a proposed default judgment due to Acadima's failure to substitute counsel as directed. Your Honor granted my request.

10. A proposed Order for Default Judgment against Defendant Acadima, LLC is annexed hereto as **Exhibit A.**

*[Remainder of page intentionally left blank]*

WHEREFORE, Plaintiff respectfully request that this Court grant an Order: (a) for default judgment against Defendant Acadima, LLC for its failure to prosecute, or in the alternative, (b) for a default judgment against Acadima, LLC pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, and (c) for such further relief as this Court may deem just and proper.

Dated:   Rye, New York
         October 3, 2018

>   Respectfully Submitted,
>
>   Graduation Solutions LLC
>
>   By: _____
>   Jonathan B. Nelson, Esq.
>   Dorf & Nelson LLP
>   555 Theodore Fremd Avenue
>   Rye, NY 10580
>   Phone: (914) 381-7600
>   Fax: (914) 381-7608
>   jnelson@dorflaw.com
>   *Attorneys for Plaintiff Graduation Solutions LP d/b/a Graduation Source*