

The International Corporate Center, 555 Theodore Fremd Avenue, Rye, NY 10580

Telephone: 914.381.7600 · www.dorflaw.com · Facsimile: 914.381.7608

October 9, 2018

**VIA ECF FILING**
The Honorable Vanessa L. Bryant
United States District Court Judge
District of Connecticut
Abraham Ribicoff Federal Building
United States Courthouse
450 Main Street – Annex 135
Hartford, Connecticut 06103

Re: *Graduation Solutions LLC v. Acadima, LLC and Alexander Loukaides*
Index No. 3:17-cv-1342

Dear Judge Bryant:

This firm represents Plaintiff Graduation Solutions LLC ("Plaintiff"). Pursuant to Your Honor's request during the last conference, I write to provide an update on the scheduling of the deposition of Defendant Alexander Loukaides (the "Deposition").

The parties were able to arrive upon an agreed upon date and format of the Deposition. The Deposition will be held on October 19, 2018 beginning at 9:00am local time. Mr. Loukaides will appear at the Deposition via Skype. It is my information that he will be physically located at the law firm of Titus and Co. located in Hong Kong. Mr. Bagnell and I will conduct the Deposition from my offices in Rye, New York.

Thank you for your consideration of this matter.

Respectfully submitted,

Jonathan B. Nelson
JBN/abr

cc: Jeffrey S. Bagnell, Esq.
Jeffrey S. Bagnell, Esq., LLC
55 Greens Farms Road, #200-60
Westport, CT 06880
203-286-7936
Fax: 203-557-8768
Email: jeff@bagnell-law.com
(*via ECF filing*)

Manhattan | Westchester | Los Angeles



Nathaniel John Gentile Esq.
Pullman & Comley - Htfd
90 State House Square 13th Fl
Hartford, CT 06103-3702
860-424-4378
Fax: 860-424-4370
Email: ngentile@pullcom.com
(*via ECF filing*)

Monte E. Frank, Esq.
Pullman & Comley - Bpt
850 Main St., PO Box 7006
Bridgeport, CT 06601-7006
203-330-2262
Fax: 203-576-8888
Email: mfrank@pullcom.com
(*via ECF filing*)