UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GRADUATION SOLUTIONS LLC | ) CASE NO. 3:17CV01342 (VLB) |
| Plaintiff, | ) |
| vs. | ) |
| ACADIMA, LLC AND ALEXANDER LOUKAIDES | ) NOVEMBER 5, 2018 |
| Defendant. | ) |

**MOTION TO WITHDRAW APPEARANCE**

Pursuant to Local Rule of Civil Procedure 7(e), the undersigned counsel, Nathaniel J. Gentile, respectfully moves to withdraw his appearance on behalf of the plaintiff, Graduation Solutions LLC. Monte E. Frank of Pullman & Comley LLC and Jonathan B. Nelson of Dorf & Nelson LLP, whose appearances are already on file, will continue to represent Graduation Solutions LLC in this matter.

Accordingly, Nathaniel J. Gentile respectfully requests that the Court grant this motion to withdraw.

THE PLAINTIFF,
GRADUATION SOLUTIONS LLC

By:   */s/ Nathaniel J. Gentile*
        Nathaniel J. Gentile (ct28860)
        Pullman & Comley, LLC
        850 Main Street, P.O. Box 7006
        Bridgeport, CT  06601-7006
        T:  (860) 424-4300
        F:  (203) 576-8888
        ngentile@pullcom.com

## CERTIFICATE OF SERVICE

I hereby certify that on the date above, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Nathaniel J. Gentile*
Nathaniel J. Gentile (ct28860)