

## DORF & NELSON LLP

The International Corporate Center, 555 Theodore Fremd Avenue, Rye, NY 10580

Telephone: 914.381.7600 · www.dorflaw.com · Facsimile: 914.381.7608

December 19, 2018

**VIA ECF FILING**
The Honorable Vanessa L. Bryant
United States District Court Judge
District of Connecticut
Abraham Ribicoff Federal Building
United States Courthouse
450 Main Street – Annex 135
Hartford, Connecticut 06103

Re:     *Graduation Solutions LLC v. Acadima, LLC and Alexander Loukaides*
         Index No. 3:17-cv-1342

Dear Judge Bryant:

This firm represents Plaintiff Graduation Solutions LLC ("Plaintiff").  Pursuant to Your Honor's Amended Scheduling Order dated April 23, 2018, dispositive motions are due by December 23, 2018.

However, since April 23, 2018, the Court has held several conferences regarding discovery and the deposition of Alexander Loukaides was held via Skype on October 19, 2018.  Further, the Court directed that the Clerk enter default against Acadima, LLC on October 15, 2018.

Following the deposition of Mr. Loukaides, our office drafted non-party Subpoenas on the new owner of Acadima, LLC, Frank Seviane, and his companies which are conducting the same business as Acadmia LLC, EVI Solutions, Inc. and Evolve Scholastic, Inc.  The depositions are scheduled for January 23, 2019; however, we are now having a bit of trouble locating Mr. Seviane but are hopeful to serve him shortly.

For this reason, I write to request an extension to file dispositive motions.

Thank you for your consideration of this matter.

Respectfully submitted,

Jonathan B. Nelson
JBN/abr

cc:     Jeffrey S. Bagnell, Esq.
        55 Greens Farms Road, #200-60
        Westport, CT 06880
        (*via ECF filing*)

Manhattan | Westchester | Los Angeles



Monte E. Frank, Esq.
Pullman & Comley - Bpt
850 Main St., PO Box 7006
Bridgeport, CT 06601-7006
(*via ECF filing*)