UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GRADUATION SOLUTIONS LLC, ) | |
| ) | |
| Plaintiff ) | No.: 3:17-cv-01342 (VLB) |
| ) | |
| ) | January 9, 2019 |
| v. ) | |
| ) | |
| ACADIMA, LLC and ALEXANDER ) | |
| LOUKAIDES ) | |
| Defendants. ) | |

## Motion for Extension of Time

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rules 7(b) and 16(b) of the United States District Court for the District of Connecticut, Graduation Solutions LLC respectfully requests a ninety (90) day extension of time to file dispositive motions in this proceeding and a sixty (60) day extension to complete discovery. By scheduling order dated April 23, 2018, the Court previously set a deadline to complete discovery for November 26, 2018 and to file dispositive motions by December 23, 2018. Despite Plaintiff's due diligence, it was not able to complete the necessary discovery within this time period for reasons that were not foreseeable at the time the parties submitted the proposed case management order. As set forth below, good cause exists for the extensions requested. In support of this motion, plaintiff represents:

1. Since April 23, 2018, the Court held several conferences regarding discovery and the deposition of Alexander Loukaides. After several months of attempted coordination, Mr. Loukaides' deposition was finally conducted on October 19, 2018.
2. Following the deposition of Mr. Loukaides, counsel for the Plaintiff issued non-party subpoenas and notices of deposition to the new owner of Acadima, LLC, Frank Seviane. Plaintiff also seeks to depose several of Mr. Seviane's companies, which conduct similar business to that of Acadima LLC.
3. Plaintiff encountered difficulties locating Mr. Seviane in order to serve the Subpoenas, which contributed to the delay in completing depositions in accordance with the Court's deadlines.
4. At this time, the non-party depositions are scheduled to be conducted on January 23, 2019.
5. Given that discovery remains outstanding, mainly as a result of the difficulties encountered with taking Mr. Loukaides' deposition and these additional necessary depositions, Plaintiff seeks an extension of time to file dispositive motions.
6. Plaintiff also seeks an extension of time to conduct non-party depositions and complete discovery.
7. Plaintiff's counsel inquired with Defendant's counsel, Jeffrey S. Bagnell, and he does not object to Plaintiff's request.

8. On December 20, 2018, Plaintiff previously submitted a request for an extension of time to file dispositive motions. However, on January 02, 2019, the Court denied Plaintiff's request for an extension without prejudice and directed the Plaintiff to re-file after compliance with local rules and a conference with opposing counsel to discuss amended dates.  Otherwise, this is the first motion for extension filed to extend the deadlines for completing discovery and filing dispositive motions.

9. The initial application for an extension filed on December 20, 2018 was filed three days before the due date for dispositive motions set by the Court.

Based on the foregoing, Plaintiff requests a ninety (90) day extension to file dispositive motions in this proceeding and a sixty (60) day extension to complete remaining discovery in this proceeding.

DATED:     Bridgeport, Connecticut
           January 9, 2019

                                    THE PLAINTIFF,
                                    Graduation Solutions LLC

                                    By: /s/ *Monte E. Frank*
                                         Monte E. Frank (ct13666)
                                         Pullman & Comley, LLC
                                         850 Main Street, P.O. Box 7006
                                         Bridgeport, CT 06601-7006
                                         T: (203) 330-2240
                                         F: (203) 576-8888
                                         mfrank@pullcom.com


                                    OF COUNSEL:
                                    DORF & NELSON LLP
                                    Jonathan B. Nelson, Esq.
                                    555 Theodore Fremd Avenue
                                    Rye, NY 10580
                                    Phone: (914) 381-7600
                                    Fax: (914) 381-7608
                                    jnelson@dorflaw.com

4

## **CERTIFICATION**

I hereby certify that on January 9, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be send by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Monte E. Frank*
Monte E. Frank, Esq.
