UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GRADUATION SOLUTIONS LLC,<br><br>                            Plaintiff,<br><br>v.<br><br>ACADIMA, LLC and ALEXANDER LOUKAIDES,<br><br>                          Defendants. | Case No. 17-cv-1342 (VLB) |

**DEFENDANT LOUKAIDES' CORRECTED MOTION FOR AN EXTENSION OF TIME**

Pursuant to D. Conn. L. Civ. R. 7, defendant Loukaides respectfully moves for a extension of the scheduled trial date in this case, from June 18, 2019 to July 8, 2019. As set forth below, good cause for the extension exists as well as an unforeseen insurmountable obstacle to the trial proceeding as scheduled.

Undersigned counsel is lead trial counsel for the plaintiff in the case Marcie D. *Vadnais v. SIG Sauer, Inc.*, 1:18CV00540 (LMB) (EDVA).  That case had been scheduled to proceed to trial beginning April 2, 2019, well in advance of the trial date in this case.

On March 8, 2019, however, Judge Brinkema ordered that the trial be continued to May 28, 2019 because of two criminal cases remaining, unexpectedly, in front of it. (Ex. 1).  The *Vadnais* trial is anticipated to continue through June 10, 2019 in Alexandria, Virginia.  (Ex. 2).

ORAL ARGUMENT NOT REQUESTED

Undersigned counsel respectfully contends that it would be very difficult to properly prepare for and go forward with a trial in this case on June 18$^{th,}$ approximately a week after the Vadnais trial concludes. This obstacle was unforeseen at the time the Court scheduled the trial for June 18th.

Undersigned counsel has conferred with opposing counsel regarding this proposed extension. He represents that opposing counsel objects to the Motion. This is defendant Loukaides' first request for an extension of time with respect to this deadline.

Dated: April 10, 2019
Westport, Connecticut

                                            Respectfully submitted,

                                            Alexander Loukaides

By:   /s/_____
       Jeffrey S. Bagnell, Esq.
       Federal Bar No. CT18983
       55 Greens Farms Road, #200-60
       Westport, Connecticut 06880
       (t) (203) 984-8820
       (f) (203) 557-8768
       jeff@bagnell-law.com

*Attorneys for Defendant*
*Alexander Loukaides*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2019 a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ Jeffrey S. Bagnell, Esq.
Jeffrey S. Bagnell, Esq.
Federal Bar No. CT18983
55 Greens Farms Road, #200-60
Westport, Connecticut  06880
(t) (203) 286-7936
(f) (203) 557-8768
jeff@bagnell-law.com
