IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MARCIE D. VADNAIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  1:18-cv-540 (LMB/IDD) |
| | ) |
| SIG SAUER, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Due to a scheduling conflict, it is hereby

ORDERED that the jury trial currently scheduled for April 2, 2019 be and is RESCHEDULED to Tuesday, May 28, 2019 at 10:00am, and it is further

ORDERED that the parties be and are permitted to conduct any preservation video depositions necessary for trial.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 19th day of March, 2019.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge