UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GRADUATION SOLUTIONS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ACADIMA, LLC and ALEXANDER LOUKAIDES,<br><br>    Defendants. | Case No. 17-cv-1342 (VLB) |

**DEFENDANT LOUKAIDES' MOTION FOR**
**EXPEDITED HEARING ON MOTIONS FOR ADMISSION**
**PRO HAC VICE**

Defendant Alexander Loukaides, by and through the undersigned counsel, respectfully requests that, if the Court is inclined to deny the Motions for Admission *Pro Hac Vice* and/or the Motion for Extension of Time filed as ECF Nos. 92, 93, and 94, the Court schedule an expedited hearing so that the proposed *pro hac vice* counsel may be heard fully on the merits of these motions. In support of this motion, Defendant Loukaides states as follows:

1.  Defendant Loukaides file the motions referenced above on April 11, 2019. ECF Nos. 92-94. These motions were filed promptly after finalizing the engagement of proposed *pro hac vice* counsel.

2.  On April 12, 2019, Plaintiff filed its objection in opposition of these motions. ECF No. 95.

3.  In its opposition, Plaintiff misrepresents statements made in the Motions for Admission *pro hac vice*. Specifically, Plaintiff asserts that the motions inaccurately state that granting the *pro hac* motions will not require modification of any existing scheduling

1

orders or deadlines. *Id.* at ¶ 1.

4. Both motions clearly state that even if the Court denies the motion for extension of time, the undersigned counsel, proposed *pro hac vice* counsel, and Defendant Loukaides all agree that proposed *pro hac vice* counsel, if admitted, would act as lead trial counsel in this matter. ECF Nos. 92 and 93, at p. 1 n.1. However, as noted in the motion for extension of time, proposed *pro hac vice* counsel respectfully submitted that granting the extension would have been in the best interest of justice in this matter.

5. Plaintiff is of the apparent belief that because the *pro hac* motions were filed contemporaneous with the motion for extension of time, the *pro hac* motions cannot be granted unless the motion for extension of time is also granted. But no such argument has been made by Defendant Loukaides.

6. More importantly, the representation that granting the *pro hac* motions will not *require* modification of any scheduling order is accurate.

7. Defendant Loukaides and proposed *pro hac vice* counsel are fully aware that the relief requested is somewhat extraordinary and, through this motion, only seeks an opportunity to be fully heard on the issues that are involved.

WHEREFORE, Defendant Loukaides respectfully requests that the Court set an expedited hearing on the motions filed at ECF Nos. 92, 93, and 94.

Dated: April 12, 2019

Respectfully submitted,

Alex Loukaides

By: */s/ Jeffrey S. Bagnell*
Jeffrey S. Bagnell, Esq.
Federal Bar No. CT18983

55 Greens Farms Road, #200-60
Westport, Connecticut 06880
(t) (203) 984-8820
(f) (203) 557-8768
jbagnell@bagnell-law.com


*Attorney for Defendant*
*Alexander Loukaides*


## **CERTIFICATION**

This is to certify that on this 12th day of April 2019 a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties, as listed below, by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

                                                                    /s/
                                          Jeffrey S. Bagnell