Civil- (Dec-2008)

HONORABLE: V. Bryant
DEPUTY CLERK: J. Shafer
RPTR/ECRO/TAPE: F. Velez, ECRO
TOTAL TIME: _____ hours  16 minutes
DATE: 6/14/2019   START TIME: 2:47 PM   END TIME: 3:03 PM
LUNCH RECESS   FROM: _____ TO: _____
RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. 3:17-cv-01342-VLB

Graduation Solutions LLC

vs

Acadima, LLC, et al.

Jonathan B. Nelson
Plaintiff's Counsel

Jeffrey S. Bagnell
Defendant's Counsel

## COURTROOM MINUTES- CIVIL

- [ ] Motion hearing
- [ ] Show Cause Hearing
- [ ] Evidentiary Hearing
- [ ] Judgment Debtor Exam
- [x] Pretrial Conference

| | # | Motion | granted | denied | advisement |
|---|---|---|---|---|---|
| [ ] | # | Motion | [ ] | [ ] | [ ] |
| [ ] | # | Motion | [ ] | [ ] | [ ] |
| [ ] | # | Motion | [ ] | [ ] | [ ] |
| [ ] | # | Motion | [ ] | [ ] | [ ] |
| [ ] | # | Motion | [ ] | [ ] | [ ] |
| [ ] | # | Motion | [ ] | [ ] | [ ] |
| [ ] | # | Motion | [ ] | [ ] | [ ] |
| [ ] | | Oral Motion | [ ] | [ ] | [ ] |
| [ ] | | Oral Motion | [ ] | [ ] | [ ] |
| [ ] | | Oral Motion | [ ] | [ ] | [ ] |
| [ ] | | Oral Motion | [ ] | [ ] | [ ] |

- [ ] Briefs(s) due _____ Proposed Findings due _____ Response due _____
- [ ] _____ filed  docketed
- [ ] _____ filed  docketed
- [ ] _____ filed  docketed
- [ ] _____ filed  docketed
- [ ] _____ filed  docketed
- [ ] _____ filed  docketed
- [ ] Hearing continued until _____ at _____

**Notes:** Witness Frank Seviane shall be designated as unavailable. Counsel will work together to resolve objections to proposed exhibits.