UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GRADUATION SOLUTIONS LLC,<br>    *Plaintiff*, | CIVIL CASE NUMBER: |
| v. | 3:17-cv-01342-VLB |
| ACADIMA, LLC and ALEXANDER LOUKAIDES,<br>    *Defendants*. | June __, 2019 |

### JURY VERDICT FORM – DEFENDANT ACADIMA, LLC

June __, 2019

As for and regarding Defendant Acadima, LLC:

On Plaintiff's first cause of action for COPYRIGHT INFRINGEMENT, a Judgment on default has already been issued as against Defendant Acadima, LLC.

On Plaintiff's second cause of action for TRADE DRESS INFRINGEMENT AND UNFAIR COMPETITION UNDER THE LANHAM ACT, a Judgment on default has already been issued as against Defendant Acadima, LLC.

On Plaintiff's third cause of action for FALSE ADVERTISING UNDER THE LANHAM ACT, a Judgment on default has already been issued as against Defendant Acadima, LLC.

On Plaintiff's fourth cause of action for VIOLATION OF CONNECTICUT UNFAIR TRADE PRACTICES ACT, a Judgment on default has already been issued as against Defendant Acadima, LLC.

On Plaintiff's fifth cause of action for VIOLATION OF CONNECTICUT COMMON LAW OF UNFAIR COMPETITION, a Judgment on default has already been issued as against Defendant Acadima, LLC.

On Plaintiff's sixth cause of action for UNJUST ENRICHMENT, a Judgment on default has already been issued as against Defendant Acadima, LLC.

Based on a finding of liability of Defendant Acadima, LLC, we the jury award actual damages to Plaintiff in the amount of $1,512,000.

Based on a finding of liability of Defendant Acadima, LLC, we the jury award to Plaintiff Defendant Acadima, LLC's profits attributable to its conduct in the amount of $_____0_____.

Based on a finding of liability of Defendant Acadima, LLC, we the jury award to Plaintiff nominal damages in the amount of $__N/A__.

In addition, we the jury award Plaintiff the following additional relief as against Acadima, LLC:

____ Punitive damages should be awarded in the amount of $_1,512,000_.

Dated: __6/27/19__

Signed: ____/S/____
          Presiding Juror

After both verdict forms have been signed, notify the clerk/bailiff or court attendant that you are ready to present your verdict in the courtroom.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRADUATION SOLUTIONS LLC,
    *Plaintiff*,

v.

ACADIMA, LLC and ALEXANDER
LOUKAIDES,
    *Defendants*.

CIVIL CASE NUMBER:

3:17-cv-01342-VLB

June __, 2019

### JURY VERDICT FORM – DEFENDANT LOUKAIDES

June __, 2019

As for and regarding Defendant Loukaides:

On Plaintiff's first cause of action for COPYRIGHT INFRINGEMENT, check one of the following:

    __✓__ We the jury find in favor of Plaintiff.

    _____ We the jury find in favor of Defendant Loukaides.

On Plaintiff's second cause of action for TRADE DRESS INFRINGEMENT UNDER THE LANHAM ACT, check one of the following:

    __✓__ We the jury find in favor of Plaintiff.

    _____ We the jury find in favor of Defendant Loukaides.

On Plaintiff's third cause of action for FALSE ADVERTISING UNDER THE LANHAM ACT, check one of the following:

    _____ We the jury find in favor of Plaintiff.

    __✓__ We the jury find in favor of Defendant Loukaides.

On Plaintiff's fourth cause of action for VIOLATION OF CONNECTICUT UNFAIR TRADE PRACTICES ACT (CUTPA), check one of the following:

1

____✓____ We the jury find in favor of Plaintiff.

_____ We the jury find in favor of Defendant Loukaides.

On Plaintiff's fifth cause of action for VIOLATION OF CONNECTICUT COMMON LAW AGAINST UNFAIR COMPETITION, check one of the following:

____✓____ We the jury find in favor of Plaintiff.

_____ We the jury find in favor of Defendant Loukaides.

On Plaintiff's sixth cause of action for UNJUST ENRICHMENT, check one of the following:

____✓____ We the jury find in favor of Plaintiff.

_____ We the jury find in favor of Defendant Loukaides.

Based on a finding of liability of Defendant Loukaides, we the jury award actual damages to Plaintiff in the amount of $ 1,615,000 . (Enter N/A if you have found no liability.)

Based on a finding of liability of Defendant Loukaides, we the jury award to Plaintiff Defendant Loukaides' profits attributable to his conduct in the amount of $ 0 . (Enter N/A if you have found no liability.)

Based on a finding of liability of Defendant Loukaides, we the jury award to Plaintiff nominal damages in the amount of $ N/A .

In addition, we the jury award Plaintiff the following additional relief as against Defendant Loukaides:

____ Punitive damages should be awarded in the amount of $ 1,615,000 .

Dated: 6/27/19

Signed: /S/
Presiding Juror:

2

**After both verdict forms have been signed, notify the clerk/bailiff or court attendant that you are ready to present your verdict in the courtroom.**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GRADUATION SOLUTIONS LLC,<br>*Plaintiff*, | CIVIL CASE NUMBER: |
| v. | 3:17-cv-01342-VLB |
| ACADIMA, LLC and ALEXANDER LOUKAIDES,<br>*Defendants*. | June __, 2019 |

## JURY INTERROGATORIES – DEFENDANT ACADIMA, LLC

### Damages

1. Did Plaintiff prove by a preponderance of the evidence that it suffered damages as a result of any conduct by Defendant Acadima, LLC, including the conduct constituting copyright infringement, trade dress infringement, false advertising, unfair competition, a violation of CUTPA, or unjust enrichment?

    ____✓____ Yes        _____ No

    If yes, proceed to question 2.  If no, proceed to question 4.

2. What amount of actual damages did Plaintiff prove, by a preponderance of the evidence, it suffered as a result of Defendant Acadima, LLC's conduct?

    Line 1 $ __1,512,000__

    Proceed to question 3.

3. What amount of Defendant Acadima LLC's profits, if any, did Plaintiff prove by a preponderance of the evidence resulted from Defendant Acadima, LLC's conduct?

1

Line 2 $ __0__

Proceed to question 4.

4. Do you find, in your discretion, that an award of punitive damages against Defendant Acadima LLC to punish and/or deter is appropriate?

__✓__ Yes    _____ No

If the answer is yes, proceed to question 5. If the answer is no, proceed to question 6.

5. What amount of punitive damages do you award against Defendant Acadima, LLC?

Line 3 $ __1,512,000__

If the answer to question 1 was "No," answer question 6. If the answer to question 1 was "Yes" you have completed the jury interrogatories. Sign and return the form to the Courtroom Deputy.

6. Do you find that Plaintiff is entitled to nominal damages in the amount of $1 even though it did not prove by a preponderance of the evidence that it suffered damages as a result of Defendant Loukaides' conduct?

_____ Yes    _____ No

__/S/_____    __6/27/19_____

**Jury Foreperson**                **Date**

2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GRADUATION SOLUTIONS LLC,<br>*Plaintiff*, | : | CIVIL CASE NUMBER: |
| v. | : | 3:17-cv-01342-VLB |
| ACADIMA, LLC and ALEXANDER LOUKAIDES,<br>*Defendants*. | : | June __, 2019 |

## JURY INTERROGATORIES – DEFENDANT LOUKAIDES

I. **Loukaides Liability: Copyright Infringement**

   1. Do you find that Plaintiff has proven by a preponderance of the evidence that it is the owner of a valid copyright in its website?

      ____✓____ Yes          _____ No

      If the answer is yes, proceed to question 2. If the answer is no, proceed to the end of Section I.

   2. Do you find that Plaintiff has proven by a preponderance of the evidence that Defendant Loukaides copied elements of Plaintiff's Website on GradShop.com or Acadima.com?

      ____✓____ Yes          _____ No

      If the answer is yes, proceed to the end of Section I. If no, proceed to question 3.

1

3. Do you find that Plaintiff has proven by a preponderance of the evidence that Defendant Acadima LLC copied elements of Plaintiff's Website on GradShop.com or Acadima.com?

_____ Yes   _____ No

If the answer is yes, proceed to question 4. If the answer is no, proceed to the end of Section I.

4. Do you find that Plaintiff has proven by a preponderance of the evidence that Defendant Loukaides had a financial interest and the right and ability to supervise the infringing activity?

_____ Yes   _____ No

If the answer is yes, proceed to the end of Section I. If the answer is no, proceed to question 5.

5. Do you find that Plaintiff has proven by a preponderance of the evidence that Defendant Loukaides knew or should have known of the infringing activity and that Defendant Loukaides induced, caused, or materially contributed to the infringing activity?

_____ Yes   _____ No

If the answer to question 1 is "Yes" and (a) the answer to question 2 is "Yes" or (b) the answers to questions 3 and either 4 or 5 are "Yes," you must enter a verdict in favor of Plaintiff. If not, you must enter a verdict in favor of Defendant Loukaides.

THE JURY FINDS AS FOLLOWS ON COUNT ONE:

FOR PLAINTIFF \_\_\_✓\_\_\_   FOR DEFENDANT LOUKAIDES _____

2

II. **Loukaides Liability: Trade Dress Infringement**

    1. Do you find that Plaintiff has proven by a preponderance of the evidence that Plaintiff's Website is distinctive?

        __✓__ Yes         _____ No

If the answer is yes, proceed to question 2. If the answer is no, proceed to the end of Section II.

    2. Do you find that Plaintiff has proven by a preponderance of the evidence that it owns Plaintiff's Website as a valid trade dress?

        __✓__ Yes         _____ No

If the answer is yes, proceed to question 3. If the answer is no, proceed to the end of Section II.

    3. Do you find that Plaintiff has proven by a preponderance of the evidence that Plaintiff's Website trade dress is non-functional?

        __✓__ Yes         _____ No

If the answer is yes, proceed to question 4. If the answer is no, proceed to the end of Section II.

    4. Do you find that Plaintiff has proven by a preponderance of the evidence that Defendant Loukaides used the trade dress of Plaintiff's Website or trade dress similar to Plaintiff's Website on either Acadima.com or Gradshop.com without consent of Plaintiff?

        __✓__ Yes         _____ No

3

If the answer is yes, proceed to question 5. If the answer is no, proceed to the end of Section II.

5. Do you find that Plaintiff has proven by a preponderance of the evidence that Defendant Loukaides' use of Plaintiff's Website trade dress on either Acadima.com or Gradshop.com was in a manner likely to cause confusion among ordinary consumers as to the source, sponsorship, affiliation, or approval of Defendant Loukaides' or Plaintiff's goods?

         ✓        Yes         _____ No

If the answer to any of the preceding questions in this section is "No", you must enter a verdict in favor of Defendant Loukaides on Count Two. If the answer to each of the questions is "Yes," you must enter a verdict in favor of Plaintiff.

THE JURY FINDS AS FOLLOWS ON COUNT TWO:

FOR PLAINTIFF    ✓           FOR DEFENDANT LOUKAIDES _____

Note: If you find for Plaintiff on Count Two, you must also find for Plaintiff on the Connecticut common law unfair competition claim, Count Five at Section IV below.

III. <u>Loukaides Liability: False Advertising</u>

1. Do you find that Plaintiff has proven by a preponderance of the evidence that Defendant Loukaides made a false or misleading statement on Acadima.com?

         ✓        Yes         _____ No

If the answer is yes, proceed to question 2. If the answer is no, proceed question the end of Section III.

2. Do you find that Plaintiff has proven by a preponderance of the evidence that the false or misleading statement made by Defendant Loukaides on Acadima.com actually deceived or had a tendency to deceive a substantial segment of the intended audience?

4

____✓____ Yes          _____ No

If yes, proceed to question 3. If no, proceed to the end of Section III.

3. Do you find that Plaintiff has proven by a preponderance of the evidence that the deception was likely to influence consumers' purchasing decisions?

_____ Yes          ____✓____ No

If yes, proceed to question 4. If no, proceed to the end of Section III.

4. Do you find that Plaintiff has proven by a preponderance of the evidence that Defendant Loukaides caused the false or misleading statement(s) on Acadima.com to travel in interstate commerce?

_____ Yes          _____ No

If yes, proceed to question 5. If no, proceed to the end of Section III.

5. Do you find that Plaintiff has proven by a preponderance of the evidence that, as a result of the deception, Plaintiff has been or is likely to be injured?

_____ Yes          _____ No

If the answer to any of the preceding questions in this section is "No", you must enter a verdict in favor of Defendant Loukaides on Count Three. If the answer to each of the questions is "Yes," you must enter a verdict in favor of Plaintiff.

THE JURY FINDS AS FOLLOWS ON COUNT THREE:

FOR PLAINTIFF _____          FOR DEFENDANT LOUKAIDES ____✓____

5

Note:  If you find for Plaintiff on Count Three, you must also find for Plaintiff on the Connecticut common law unfair competition claim, Count Five at Section IV.

IV. **Loukaides Liability:  Connecticut Common Law Unfair Competition**

1. Did you find that Plaintiff has proven by a preponderance of the evidence that Defendant Loukaides has violated the Lanham Act via trade dress infringement (Count Two) or false advertising (Count Three)?

    __✓__ Yes    _____ No

If the answer to the question is "No", you must enter a verdict in favor of Defendant Loukaides on Count Five.  If the answer to the question is "Yes," you must enter a verdict in favor of Plaintiff.

THE JURY FINDS AS FOLLOWS ON COUNT FIVE:

FOR PLAINTIFF __✓__    FOR DEFENDANT LOUKAIDES _____

V. **Loukaides Liability:  CUTPA Violation**

1. Do you find that Plaintiff has proven by a preponderance of the evidence that Defendant engaged in an unfair method of competition or an unfair or deceptive act or practice?

    __✓__ Yes    _____ No

If yes, proceed to question 2.  If no, proceed to the end of Section V.

2. Do you find that Plaintiff has proven by a preponderance of the evidence that Defendant Loukaides' actions were carried out in the course of his trade or commerce?

    __✓__ Yes    _____ No

6

If yes, proceed to question 3. If no, proceed to the end of Section V.

3. Do you find that Plaintiff has proven by a preponderance of the evidence that Defendant's unfair or deceptive method, act, or practice caused Plaintiff to sustain an ascertainable loss?

    __✓__ Yes  _____ No

If the answer to any of the preceding questions is "No", you must enter a verdict in favor of Defendant Loukaides on Count Four. If the answer to each of the questions is "Yes," you must enter a verdict in favor of Plaintiff.

THE JURY FINDS AS FOLLOWS ON COUNT FOUR:

FOR PLAINTIFF __✓__     FOR DEFENDANT LOUKAIDES _____

VI. **Loukaides Liability: Unjust Enrichment**

1. Do you find that Plaintiff has proven by a preponderance of the evidence that Defendant Loukaides benefited from copying Plaintiff's Website?

    __✓__ Yes  _____ No

If yes, proceed to question 2. If no, proceed to the end of Section VI.

2. Do you find that Plaintiff has proven by a preponderance of the evidence that Defendant Loukaides unjustly did not pay Plaintiff for the benefit he received?

    __✓__ Yes  _____ No

If yes, proceed to question 3. If no, proceed to the end of Section VI.

7

3. Do you find that Plaintiff has proven by a preponderance of the evidence that Defendant Loukaides' failure to pay was to Plaintiff's detriment?

    ____✓____ Yes        _____ No

If the answer to any of the preceding questions is "No", you must enter a verdict in favor of Defendant Loukaides on Count Six. If the answer to each of the questions is "Yes," you must enter a verdict in favor of Plaintiff.

THE JURY FINDS AS FOLLOWS ON COUNT SIX:

FOR PLAINTIFF ___✓___      FOR DEFENDANT LOUKAIDES _____

VII. **Damages**

1. Did you find against Defendant Loukaides and for Plaintiff on any of the six counts?

    ____✓____ Yes        _____ No

If yes, proceed to question 2. If no, you have completed the jury interrogatories. Sign and return the form to the Courtroom Deputy.

2. Did Plaintiff prove by a preponderance of the evidence that it suffered damages as a result of any conduct by Defendant Loukaides' that you have found constitutes copyright infringement, trade dress infringement, false advertising, unfair competition, a violation of CUTPA, or unjust enrichment?

    ____✓____ Yes        _____ No

If no, proceed to question 5. If yes, proceed to question 3.

3. What amount of actual damages did Plaintiff prove, by a preponderance of the evidence, it suffered as a result of Defendant Loukaides' conduct?

8

Line 1 $ **1,615,000**

**Proceed to question 4.**

4. What amount of Defendant Loukaides' profits, if any, did Plaintiff prove by a preponderance of the evidence resulted from Defendant Loukaides' conduct, less any amount already considered in calculating Plaintiff's actual damages?

Line 2 $ **0**

**Proceed to question 6.**

5. If you answered "No," to question 2 of this section, do you find that Plaintiff is entitled to nominal damages in the amount of $1 even though it did not prove by a preponderance of the evidence that it suffered damages as a result of Defendant Loukaides' conduct?

_____ Yes        _____ No

<u>Answer questions 6-8 only if you found for Plaintiff on Count Five, the CUTPA claim</u>:

6. Did Plaintiff prove by a preponderance of the evidence that Defendant Loukaides acted with reckless indifference to Plaintiff's rights or intentionally or wantonly violated Plaintiff's rights?



____✓____ Yes        _____ No

If the answer is yes, proceed to question 6. If the answer is no, you have completed the jury interrogatories. Sign and return the form to the Courtroom Deputy.

9

7. Do you find, in your discretion, that an award of punitive damages against Defendant Loukaides to punish and/or deter is appropriate?

   ____✓____ Yes    _____ No

If the answer is yes, proceed to question 8. If the answer is no, you have completed the jury interrogatories. Sign and return the form to the Courtroom Deputy.

8. What amount of punitive damages do you award against Defendant Loukaides?

   Line 3 $ __1,615,000__

__/S/__                              __6/27/19__

Jury Foreperson                      Date

10