UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GRADUATION SOLUTIONS LLC | : | |
| | : | |
| V. | : | NO. 3:17-cv-01342-VLB |
| | : | |
| ACADIMA, LLC and ALEXANDER LOUKAIDES | : | |
| | : | |

## JUDGMENT

This action having come before the Court on the Second Amended Complaint to a jury trial before the Honorable Vanessa L. Bryant, United States District Judge, and default having already been entered against defendant Acadima, LLC; and

The issues having been tried to a jury and the jury having returned a unanimous verdict in favor of plaintiff on Counts 1, 2, 4, 5, and 6; and in favor of defendant Loukaides on Count 3; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and hereby is entered awarding actual damages to plaintiff by defendant Acadima, LLC in the amount of $1,512,000 and punitive damages in the amount of $1,512,000; and actual damages to plaintiff by defendant Loukaides in the amount of $1,615,000 and punitive damages in the amount of $1,615,000.

Dated at Hartford, Connecticut, this 12th day of July, 2019.

ROBIN D. TABORA, Clerk

By   /s/ Jeremy Shafer
Jeremy J. Shafer
Deputy Clerk

EOD: 7/12/2019