# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

---

| | |
|---|---|
| GRADUATION SYSTEMS, LLC | : |
| Plaintiff, | : Case No.: 3:17-CV-01342 (VLB) |
| vs. | : |
| ACADIMA LLC and ALEXANDER LOUKAIDES, | : |
| Defendants, | : |

---

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned attorney, Jonathan M. Shapiro, on behalf of Defendant Alexander Loukaides.

Dated: July 12, 2019

By: /s/ Jonathan M. Shapiro
Jonathan M. Shapiro (ct24075)
Shapiro Law Offices, LLC
32 Washington Street
Middletown, Connecticut  06457
Telephone:  (860) 347-3325
Facsimile:  (860) 347-3974
Email: jshapiro@shapirolawofficesct.com

*Attorneys for Eric Ryan Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below a copy of the foregoing was served by CMECF and/or mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                   /s/ Jonathan M. Shapiro
                                                                    Jonathan M. Shapiro