UNITED STATES DISTRICT COURT
DISTRICT OF CONNECT

| | | |
|---|---|---|
| GRADUATION SOLUTIONS LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Case No. 17-cv-1342 (VLB) |
| v. | : | |
| | : | |
| ACADIMA, LLC and ALEXANDER LOUKAIDES, | : | |
| | : | |
| | ; | |
| Defendants. | : | JULY 15, 2019 |

## MOTION TO WITHDRAW APPEARANCE

Undersigned counsel for defendant Loukaides hereby moves to withdraw his appearance on his behalf.  Mr. Loukaides has retained Attorney Jonathan Shapiro as his counsel in Connecticut, who has filed an appearance on his behalf.   Undersigned counsel has conferred with Mr. Loukaides who has represented that he has no objection to the Motion being granted.

For the reasons stated, undersigned counsel respectfully requests that the Motion be granted.

Respectfully submitted,

    /s/
Jeffrey S. Bagnell, Esq.
Federal Bar No. CT18983
55 Greens Farms Road, #200-60
Westport, Connecticut 06880
(t) (203) 984-8820
(f) (203) 557-8768
jbagnell@bagnell-law.com

1

*Attorney for Defendant*
*Alexander Loukaides*

**CERTIFICATION**

    This is to certify that on this 15th day of July 2019 a copy of the foregoing was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties, as listed below, by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

                                                                   ____/s/_____
                                                                   Jeffrey S. Bagnell