UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
--------------------------------------------------------------------

GRADUATION SOLUTIONS LLC,

                                  Plaintiff,                **Case No.: 3:17-cv-01342-VLB**

      v.

ACADIMA, LLC and ALEXANDER LOUKAIDES,

                              Defendants.

--------------------------------------------------------------------

## CERTIFICATE OF SERVICE

STATE OF NEW YORK

                      ss.:

COUNTY OF WESTCHESTER

        Jonathan B. Nelson, Esq., an attorney admitted to the practice of law before the various Courts of the State of New York, hereby affirms, pursuant to the F.R.C.P., under penalty of perjury, the following to be true:

        I hereby certify that on November 7, 2019, copies of the following document were filed electronically with the Clerk of Court using CM/ECF system, notice of this filing will be sent to all attorneys of record by operation of the Court's electronic filing system.   Parties may access this filing through the Court's CM/ECF System:

1. Plaintiff's Attorney Affirmation in Opposition to Defendant Loukaides' Motion to Strike Plaintiff's Memoranda of Law in Opposition to Defendant's Renewed Motion for Judgment as a Matter of Law and in Opposition to Motion for New Trial

DATED:      Rye, New York
               November 7, 2019

                                            _____
                                              Jonathan B. Nelson